# Judge Hellerstein

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK  CIV 5764

IN RE WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION
------------------------------------------------------------------------X
MARIAN MNICH AND ANNA MNICH,

                                Plaintiff,

        - against -

100 CHURCH LLC;
55 WATER STREET CONDOMINIUM;
ABATEMENT PROFESSIONALS;
ABSCOPE ENVIRONMENTAL, INC.;
AIG REALTY, INC.;
ALAN KASMAN DBA KASCO;
AMBIENT GROUP, INC.;
AMERICAN INTERNATIONAL REALTY CORP.;
AMERICAN INTERNATIONAL GROUP, INC.;
ANN TAYLOR STORES CORPORATION;
APPLIED ENVIRONMENTAL, INC.;
BANKERS TRUST CORPORATION;
BATTERY PARK CITY AUTHORITY;
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a  BMS CAT;
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM;
BRISTOL ENVIRONMENTAL, INC.;
BROOKFIELD FINANCIAL PROPERTIES, INC.;
BROOKFIELD FINANCIAL PROPERTIES, L.P.;
BROOKFIELD PARTNERS, L.P.;
BROOKFIELD PROPERTIES CORPORATION;
BT PRIVATE CLIENTS CORP.;
CATAMOUNT ENVIRONMENTAL, INC.;
CLAYTON ENVIRONMENTAL CONSULTANTS ;
COMPREHENSIVE ENVIRONMENTAL SERVICES CO. ;
CONTAMINANT CONTROL, INC.;
COVINO ENVIRONMENTAL ASSOCIATES, INC.;
CRITERION LABORATORIES, INC.;
CUNNINGHAM DUCT CLEANING CO., INC.;
DARLING ASBESTOS DISPOSAL COMPANY, INC.;
DEUTSCHE BANK TRUST COMPANY AMERICAS;
DEUTSCHE BANK TRUST COMPANY;
DEUTSCHE BANK TRUST CORPORATION;

21MC102
(AKH)

DOCKET NO

SUMMONS
IN A CIVIL
CASE

ECF CASE

DIVERSIFIED ENVIRONMENTAL CORPORATION;
DYNASERV INDUSTRIES, INC. ;
ENVIRONMENTAL PRODUCTS AND SERVICES, INC.;
ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC. ;
ENVIRONMENTAL TESTING, INC. ;
ENVIROSERVE, INC. ;
ENVIROTECH CLEAN AIR, INC.;
GPS ENVIRONMENTAL CONSULTANTS, INC.;
HILLMAN ENVIRONMENTAL GROUP, LLC.;
HUDSON VIEW EAST CONDOMINIUM;
HUDSON VIEW TOWERS ASSOCIATES;
HYGIENETICS ENVIRONMENTAL COMPANY, INC.;
INDOOR AIR PROFESSIONALS, INC.;
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.;
KASCO RESTORATION SERVICES CO.;
LAW ENGINEERING P.C.;
LIBERTY VIEW ASSOCIATES, L.P.;
LVI ENVIRONMENTAL SERVICES, INC.;
LVI SERVICES, INC.;
MARCOR REMEDIATION, INC.;
MERRILL LYNCH & CO, INC.;
MILRO ASSOCIATES, INC.;
NEW WATER STREET CORP.;
NOMURA HOLDING AMERICA, INC.;
NOMURA SECURITIES INTERNATIONAL, INC.;
NORWICH ASSOCIATES, INC.;
ONE WALL STREET HOLDINGS, LLC.;
PAR ENVIRONMENTAL CORPORATION ;
PINNACLE ENVIRONMENTAL CORPORATION ;
POTOMAC ABATEMENT, INC.;
R Y MANAGEMENT CO., INC.;
RELATED BPC ASSOCIATES, INC.;
RELATED MANAGEMENT CO., L.P.;
ROYAL ENVIRONMENTAL, INC. ;
SENCAM, INC.;
SPECIALTY SERVICE CONTRACTING, INC.;
STRUCTURE TONE GLOBAL SERVICES, INC.;
STRUCTURE TONE, (UK) INC.;
SYSKA AND HENNESSY;
TELLABS OPERATIONS, INC.;
THE BANK OF NEW YORK COMPANY, INC.;
THE BANK OF NEW YORK TRUST COMPANY, NA;
THE CITY OF NEW YORK;
THE NEW YORK CITY DEPARTMENT OF EDUCATION;
THE NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY;
THE RELATED COMPANIES, L.P.;

THE RELATED REALTY GROUP, INC.;
TISHMAN INTERIORS CORPORATION;
TOSCORP. INC.;
TRC ENGINEERS, INC.;
TRIBECA NORTH END, LLC;
TUCKER ANTHONY, INC.;
TULLY CONTSRUCTION CO., INC.;
TULLY INDUSTRIES;
WESTON SOLUTIONS, INC.;
WFP TOWER A CO. L.P.;
WFP TOWER A CO.;
WFP TOWER A. CO. G.P. CORP.;
WFP TOWER B CO. L.P.;
WFP TOWER B CO., G.P. CORP.;
WFP TOWER B HOLDING CO., L.P.;
WFP TOWER D CO. L.P.;
WFP TOWER D CO., G.P. CORP.;
WFP TOWER D HOLDING CO. I L.P.;
WFP TOWER D HOLDING CO. II L.P.;
WFP TOWER D HOLDING I G.P. CORP.;
WILLIAM F. COLLINS, ARCHITECT;
ZAR REALTY MANAGEMENT CORP.;

                              Defendants.

-------------------------------------------------------------------------X

TO:

100 CHURCH LLC
C/O THE SAPIR ORGANIZATION
384 FIFTH AVENUE
NEW YORK, NEW YORK, 10018

55 WATER STREET CONDOMINIUM;
C/O BUILDING MANAGEMENT OFFICE, CONCOURSE LEVEL
55 WATER STREET
NEW YORK, NY 10041

ABATEMENT PROFESSIONALS, INC.
1159 SENECA STREET
BUFFALO, NEW YORK, 14210

ABSCOPE ENVIRONMENTAL, INC.
JACK ROMAGNOLI
1 COMMERCIAL DR
CANASTOTA, NEW YORK, 13032

AIG REALTY, INC.
AMERICAN INTERNATIONAL GROUP INC
70 PINE STREET, 30TH FLR
NEW YORK, NEW YORK, 10270

AMBIENT GROUP, INC.
55 WEST 39TH ST, 12TH FL
NEW YORK, NEW YORK, 10018

AMERICAN INTERNATIONAL REALTY CORP.;
C/O AMERICAN INTERNATIONAL COMPANIES
70 PINE ST / 30TH FL
NEW YORK, NEW YORK, 10270

AMERICAN INTERNATIONAL GROUP, INC.
70 PINE ST, 30TH FL
NEW YORK, NEW YORK, 10270

ANN TAYLOR STORES CORPORATION
7 TIMES SQUARE 15TH FL
NEW YORK, NEW YORK, 10036

APPLIED ENVIRONMENTAL, INC.
200 FAIRBROOK DRIVE, SUITE 201
HERNDON, VA 20170

BANKERS TRUST CORPORATION
C/O DEUTSCHE BANK TRUST CORPORATION
60 WALL ST
NEW YORK, NEW YORK, 10005

BATTERY PARK CITY AUTHORITY;
ONE WORLD FINANCIAL CENTER, 24TH FLOOR
NEW YORK, NY 10281

BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A  BMS CAT
303 ARTHUR STREET
FORT WORTH, TEXAS, 76107

BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM
250 SOUTH END AVE.
BATTERY PARK CITY - NY - 10280

BRISTOL ENVIRONMENTAL, INC.
1380 PANTHEON WAY - SUITE 280
SAN ANTONIO, TX 78232

BROOKFIELD FINANCIAL PROPERTIES, INC.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

BROOKFIELD FINANCIAL PROPERTIES, L.P.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

BROOKFIELD PARTNERS, L.P
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

BROOKFIELD PROPERTIES CORPORATION
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

BT PRIVATE CLIENTS CORP.
C/O DEUTSCHE BANK
60 WALL ST NYC 60-4006
NEW YORK, NEW YORK, 10005

CATAMOUNT ENVIRONMENTAL, INC.
ROUTE 9 EAST
WILMINGTON, VERMONT, 05363-0160

CLAYTON ENVIRONMENTAL CONSULTANTS
25711 SOUTHFIELD RD
SOUTHFIELD, MICHIGAN, 48075

COMPREHENSIVE ENVIRONMENTAL SERVICES CO.
ROQUE SCHIPILLITI
149 GARIBALDI AVE
LODI, NEW JERSEY, 07644

CONTAMINANT CONTROL, INC.
438-C ROBESON STREET
FAYETTEVILLE, NORTH CAROLINA, 28301

COVINO ENVIRONMENTAL ASSOCIATES, INC.
300 WILDWOOD AVE.
WOBURN MA 01801

CRITERION LABORATORIES, INCORPORATED
STORMVILLE MOUNTAIN ROAD
STORMVILLE, NEW YORK, 12582

CUNNINGHAM DUCT CLEANING CO., INC.
C/O ROBERT CUNNINGHAM
43 BURLING LANE SOUTH
WEST ISLIP, NEW YORK, 11795

DARLING ASBESTOS DISPOSAL COMPANY, INC.
52 SPARK ST
BROCKTON, MA 02302

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL ST
NEW YORK, NEW YORK, 10005

DEUTSCHE BANK TRUST COMPANY
60 WALL ST
NEW YORK, NEW YORK, 10005

DEUTSCHE BANK TRUST CORPORATION
60 WALL ST
NEW YORK, NEW YORK, 10005

DIVERSIFIED ENVIRONMENTAL CORPORATION
1020 16TH ST, NW, SUITE 102
WASHINGTON, DC 20036

DYNASERV INDUSTRIES INC.
150 MEADOWLAND PKWY.
SECAUCUS, NEW JERSEY, 07094

ENVIRONMENTAL PRODUCTS AND SERVICES, INC.
532 STATE FAIR BLVD
SYRACUSE, NEW YORK, 13204

ENVIROSERVE, INC.
5502 SCHAAF ROAD
CLEVELAND, OHIO 44131

ENVIROTECH CLEAN AIR, INC.
ENVIROTECH CLEAN AIR, INC.
10 SPENCER STREET
STONEHAM, MA. 02180

GPS ENVIRONMENTAL CONSULTANTS, INC.
31 TRESCOTT PATH
FORT SALONGA, NEW YORK, 11768

HILLMAN ENVIRONMENTAL GROUP, LLC.
1600 ROUTE 22 E
UNION CITY, NJ , 07087

HUDSON VIEW EAST CONDOMINIUM
250 SOUTH END AVE.
BATTERY PARK CITY - NY - 10280

HUDSON VIEW TOWERS ASSOCIATES
C/O CENTER FOR HOUSING PARTNERSHIP
345 PARK AVE.
NEW YORK, NEW YORK, 10154

HYGIENETICS ENVIRONMENTAL COMPANY, INC.
436 WALNUT STREET
PHILADELPHIA, PA 19106

INDOOR AIR PROFESSIONALS, INC.
800 COMMERCE PARKWAY
LANCASTER, NY 14086-1738

INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
1384 PIERCE STREET
CLEARWATER, FL 33756

LAW ENGINEERING P.C.
1105 SANCTUARY PKWY, STE 30
ALPHARETTA, GEORGIA, 30004

LIBERTY VIEW ASSOCIATES, L.P.
C/O THE RELATED COMPANIES, L.P.
60 COLUMBUS CIRCLE
NEW YORK, NEW YORK, 10023

LVI ENVIRONMENTAL SERVICES, INC.
470 PARK AVE. SOUTH
NEW YORK, NEW YORK, 10016

LVI SERVICES, INC.
80 BROAD ST, 3RD FL
NEW YORK, NEW YORK, 10004

MARCOR REMEDIATION, INC.
246 COCKEYSVILLE RD
STE 1
HUNT VALLEY, MARYLAND, 21030

MERRILL LYNCH & CO, INC.
4 WORLD FINANCIAL CTR
NEW YORK, NEW YORK, 10080

MILRO ASSOCIATES, INC.
41 HANSE AVE
FREEPORT, NEW YORK, 11520-4601

NEW WATER STREET CORP.
55 WATER ST
NEW YORK, NEW YORK, 10041

NOMURA HOLDING AMERICA, INC.
2 WORLD FINANCIAL CTR BLDG B
NEW YORK, NEW YORK, 10281-1198

NOMURA SECURITIES INTERNATIONAL, INC.
2 WORLD FINANCIAL CENTER
BLDG B
NEW YORK, NEW YORK, 10281-1198

NORWICH ASSOCIATES, INC.
C/O IHOP
326 SOUTH WELLWOOD AVE
LINDENHURST, NEW YORK, 11757

ONE WALL STREET HOLDINGS, LLC.
C/O MR. ANTHONY ZANGRE
1 WALL ST
32ND FLOOR
NEW YORK, NEW YORK, 10286

PAR ENVIRONMENTAL CORPORATION
20-F MOUNTAINVIEW AVE
ORANGEBURG, NEW YORK, 10962

PINNACLE ENVIRONMENTAL CORPORATION
C/O PAUL O'BRIEN
69-76 ELIOT AVE
MIDDLE VILLAGE, NEW YORK, 11379

POTOMAC ABATEMENT, INC.
9033 RED BRANCH RD STE A
COLUMBIA, MD 21045

R Y MANAGEMENT CO., INC.
1619 THIRD AVENUE
NEW YORK, NEW YORK, 10128

RELATED BPC ASSOCIATES, INC.
C/O THE RELATED COMPANIES LP
60 COLUMBUS CIRCLE
NEW YORK, NEW YORK, 10023

RELATED MANAGEMENT CO., L.P.
C/O THE RELATED COMPANIES LP
60 COLUMBUS CIRCLE
NEW YORK, NEW YORK, 10023

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVE
ROCHESTER, NEW YORK, 14613

SENCAM, INC.
145 MARSTON STREET
LAWRENCE, MA 01841

SPECIALTY SERVICE CONTRACTING, INC.
485 ROUTE 208
MONROE, NEW YORK, 10950

STRUCTURE TONE GLOBAL SERVICES, INC.
C/O STRUCTURE TONE (UK), INC.
DAVID CAHILL
770 BROADWAY, 9TH FLOOR
NEW YORK, NEW YORK, 10003

STRUCTURE TONE, (UK) INC.
C/O STRUCTURE TONE (UK), INC.
DAVID CAHILL

770 BROADWAY, 9TH FLOOR
NEW YORK, NEW YORK, 10003

SYSKA AND HENNESSY
11 WEST 42ND STREET
NEW YORK, NY 10036-2300

TELLABS OPERATIONS, INC.
1415 W DIEHL RD
TAX DEPT M/S 119
NAPPERVILLE, ILLINOIS, 60563-2349

THE BANK OF NEW YORK COMPANY, INC.
C/O PATRICIA A. BICKET
1 WALL STREET
NEW YORK, NEW YORK, 10286

THE BANK OF NEW YORK TRUST COMPANY, NA
C/O PATRICIA A. BICKET
1 WALL STREET
NEW YORK, NEW YORK, 10286

THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NY 10007

THE NEW YORK CITY DEPARTMENT OF EDUCATION
52 CHAMBERS ST
NEW YORK, NY 10007

THE NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY;
30-30 THOMSON AVENUE
LONG ISLAND CITY, NEW YORK, 11101

THE RELATED COMPANIES, L.P.
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207

THE RELATED REALTY GROUP, INC.
C/O THE RELATED COMPANIES, LP
60 COLUMBUS CIRCLE
NEW YORK, NEW YORK, 10023

TISHMAN INTERIORS CORPORATION
666 FIFTH AVENUE
NEW YORK, NEW YORK, 10017

TOSCORP, INC.
127 SEVENTH AVE
NEW YORK, NEW YORK, 10011

TRC ENGINEERS, INC.
7 SKYLINE DRIVE
HAWTHORNE, NEW YORK, 10532-2119

TRIBECA NORTH END, LLC
1200 UNION TURNPIKE
NEW HYDE PARK, NEW YORK, 11040

TUCKER ANTHONY, INC.
C/O LEE D. ARNING
120 BROADWAY
NEW YORK, NEW YORK

TULLY CONSTRUCTION CO. INC.
127-50 NORTHERN BLVD.
FLUSHING, NEW YORK, 11368-1520

TULLY INDUSTRIES INC.
127-50 NORTHERN BOULEVARD
FLUSHING, NEW YORK, 11368-1520

WESTON SOLUTIONS, INC.
1400 WESTON WAY
PO BOX 2653
WEST CHESTER, PENNSYLVANIA, 19380

WFP TOWER A CO. L.P.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER A CO.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER A. CO. G.P. CORP.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER B CO. L.P.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER B CO., G.P. CORP.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER B HOLDING CO., L.P.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER D CO. L.P.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER D CO., G.P. CORP.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER D HOLDING CO. I L.P.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER D HOLDING CO. II L.P.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WFP TOWER D HOLDING I G.P. CORP.
C/O BROOKFIELD PROPERTIES
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK, 10281

WILLIAM F. COLLINS, ARCHITECT
12-1 TECHNOLOGY DRIVE
SETAUKET, NEW YORK, 11733

ZAR REALTY MANAGEMENT CORP.
SAPIR REALTY MANAGEMENT CORP.
384 5TH AVE
NEW YORK, NEW YORK, 10018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY (Name and address)
ROBERT A. GROCHOW, P.C.
THE LAW FIRM OF GREGORY J. CANNATA
233 BROADWAY, FLOOR 5
NEW YORK, NEW YORK 10279
Tel: 212-553-9206

An answer to the complaint which is herewith served upon you, within 20 days
after service of this summons upon you, exclusive of the day of service. If you
fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this
Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
_____            JUN 2 6 2008
CLERK                                _____
                                     DATE

_____
(BY) DEPUTY CLERK

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAN MNICH and ANNA MNICH,

                              Plaintiff,

        - against -


100 CHURCH LLC;
55 WATER STREET CONDOMINIUM;
ABATEMENT PROFESSIONALS;
Et. Al.,

                              Defendants.


## SUMMONS IN A CIVIL CASE


The Law Firm of Gregory J. Cannata
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, New York  10279-0003
(212) 553-9205


Service of copy of the within                    is hereby admitted.
Dated:

                    . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                              Attorneys for


The Law Firm of Gregory J. Cannata
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, New York  10279-0003
(212) 553-9205

**Judge Hellerstein**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 5764

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH)

MARIAN MNICH AND ANNA MNICH,

Plaintiffs,

DOCKET NO.
_____

- against -

FIRST AMENDED
COMPLAINT BY
ADOPTION (CHECK-
OFF COMPLAINT)
RELATED TO THE
FIRST AMENDED
MASTER COMPLAINT
(March 28, 2008)

PLAINTIFF(S) DEMAND
A TRIAL BY JURY

100 CHURCH LLC;
55 WATER STREET CONDOMINIUM;
ABATEMENT PROFESSIONALS;
ABSCOPE ENVIRONMENTAL, INC.;
AIG REALTY, INC.;
ALAN KASMAN DBA KASCO;
AMBIENT GROUP, INC.;
AMERICAN INTERNATIONAL REALTY CORP.;
AMERICAN INTERNATIONAL GROUP, INC.;
ANN TAYLOR STORES CORPORATION;
APPLIED ENVIRONMENTAL, INC.;
BANKERS TRUST CORPORATION;
BATTERY PARK CITY AUTHORITY;
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a  BMS CAT;
BOARD OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM;
BRISTOL ENVIRONMENTAL, INC.;
BROOKFIELD FINANCIAL PROPERTIES, INC.;
BROOKFIELD FINANCIAL PROPERTIES, L.P.;
BROOKFIELD PARTNERS, L.P.;
BROOKFIELD PROPERTIES CORPORATION;
BT PRIVATE CLIENTS CORP.;
CATAMOUNT ENVIRONMENTAL, INC.;
CLAYTON ENVIRONMENTAL CONSULTANTS ;
COMPREHENSIVE ENVIRONMENTAL SERVICES CO. ;
CONTAMINANT CONTROL, INC.;
COVINO ENVIRONMENTAL ASSOCIATES, INC.;
CRITERION LABORATORIES, INC.;
CUNNINGHAM DUCT CLEANING CO., INC.;
DARLING ASBESTOS DISPOSAL COMPANY, INC.;
DEUTSCHE BANK TRUST COMPANY AMERICAS;
DEUTSCHE BANK TRUST COMPANY;

DIVERSIFIED ENVIRONMENTAL CORPORATION;
DYNASERV INDUSTRIES, INC. ;
ENVIRONMENTAL PRODUCTS AND SERVICES, INC.;
ENVIRONMENTAL SERVICES AND TECHNOLOGIES,
INC. ;
ENVIRONMENTAL TESTING, INC. ;
ENVIROSERVE, INC. ;
ENVIROTECH CLEAN AIR, INC.;
GPS ENVIRONMENTAL CONSULTANTS, INC.;
HILLMAN ENVIRONMENTAL GROUP, LLC.;
HUDSON VIEW EAST CONDOMINIUM;
HUDSON VIEW TOWERS ASSOCIATES;
HYGIENETICS ENVIRONMENTAL COMPANY, INC.;
INDOOR AIR PROFESSIONALS, INC.;
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.;
KASCO RESTORATION SERVICES CO.;
LAW ENGINEERING P.C.;
LIBERTY VIEW ASSOCIATES, L.P.;
LVI ENVIRONMENTAL SERVICES, INC.;
LVI SERVICES, INC.;
MARCOR REMEDIATION, INC.;
MERRILL LYNCH & CO, INC.;
MILRO ASSOCIATES, INC.;
NEW WATER STREET CORP.;
NOMURA HOLDING AMERICA, INC.;
NOMURA SECURITIES INTERNATIONAL, INC.;
NORWICH ASSOCIATES, INC.;
ONE WALL STREET HOLDINGS, LLC.;
PAR ENVIRONMENTAL CORPORATION ;
PINNACLE ENVIRONMENTAL CORPORATION ;
POTOMAC ABATEMENT, INC.;
R Y MANAGEMENT CO., INC.;
RELATED BPC ASSOCIATES, INC.;
RELATED MANAGEMENT CO., L.P.;
ROYAL ENVIRONMENTAL, INC. ;
SENCAM, INC.;
SPECIALTY SERVICE CONTRACTING, INC.;
STRUCTURE TONE GLOBAL SERVICES, INC.;
STRUCTURE TONE, (UK) INC.;
SYSKA AND HENNESSY;
TELLABS OPERATIONS, INC.;
THE BANK OF NEW YORK COMPANY, INC.;
THE BANK OF NEW YORK TRUST COMPANY, NA;
THE CITY OF NEW YORK;
THE NEW YORK CITY DEPARTMENT OF EDUCATION;
THE NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY;
THE RELATED COMPANIES, L.P.;
THE RELATED REALTY GROUP, INC.;
TISHMAN INTERIORS CORPORATION;
TOSCORP. INC.;

TRC ENGINEERS, INC.;
TRIBECA NORTH END, LLC;
TUCKER ANTHONY, INC.;
TULLY CONTSRUCTION CO., INC.;
TULLY INDUSTRIES;
WESTON SOLUTIONS, INC.;
WFP TOWER A CO. L.P.;
WFP TOWER A CO.;
WFP TOWER A. CO. G.P. CORP.;
WFP TOWER B CO. L.P.;
WFP TOWER B CO., G.P. CORP.;
WFP TOWER B HOLDING CO., L.P.;
WFP TOWER D CO. L.P.;
WFP TOWER D CO., G.P. CORP.;
WFP TOWER D HOLDING CO. I L.P.;
WFP TOWER D HOLDING CO. II L.P.;
WFP TOWER D HOLDING I G.P. CORP.;
WILLIAM F. COLLINS, ARCHITECT;
ZAR REALTY MANAGEMENT CORP.;

Defendants.

This Pro-forma First Amended Complaint by Adoption (Check-off Complaint), (March 28th, 2008) and the First Amended Master Complaint (March 28th, 2008) which it adopts is being filed pursuant to CMO #5, March 28th, 2008), and as preceded by the Order Regulating Proceedings, Judge Alvin K. Hellerstein, June 4, 2007, as relates to 21 MC 102 (AKH). Guidelines and other directives relative to additional filings, amendments, corrections and other matters as relate to the individual Complaint by Adoption (Check-Off Complaint) to be filed by the individual plaintiffs, in accordance with said Order, will be addressed by the Court in a future CMO. All references herein to the Master Complaint and/or the Complaint by Adoption (Check-Off Complaint), shall be deemed to read First Amended Master Complaint and First Amended Complaint by Adoption (Check-Off Complaint), except when reference is made to same in the context of the original filing of the Master Complaint and the Complaint by Adoption (Check-Off Complaint) in conjunction with CMO #4.

**I.**

## INTRODUCTION

A Plaintiff-Specific Complaint by Adoption (Check-off Complaint), in the within format, is to be filed by each Plaintiff, and to be utilized and read in conjunction with the Master Complaint, or where applicable, any subsequently filed Amended Master Complaints, on file with the Court. Where applicable to the instant Plaintiff(s), specific paragraphs are to be marked with an "X," and specific case information is to be set forth, inserting said information in the blank space, if provided.    If Plaintiff wishes to assert additional allegations, plaintiffs should follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint and Check-off Complaints.

Plaintiffs, as captioned above, by his/her/their attorneys, complaining of Defendant(s), respectfully allege:

☒ 1. All headings, paragraphs, allegations and Causes of Action in the entire Master Complaint are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein, in addition to those paragraphs specific to the individual Plaintiff(s), as alleged within the individual Check-off Complaint.

☒ 2. Plaintiffs adopt those allegations as set forth in the Master Complaint Section I, Introduction.

## II.
## JURISDICTION

☒ 3. Plaintiffs adopt those allegations as set forth in the Master Complaint Section II, Jurisdiction.

☒ 4. The Court's jurisdiction over the subject matter of this action is: Founded upon Federal Question Jurisdiction, specifically

☒ 4A.-1. Air Transport Safety & System Stabilization Act of 2001, (or)

☐ 4A.-2. Federal Officers Jurisdiction, (or)

☒4A.-3. This Court has supplemental jurisdiction pursuant to 28 USC

§1367(a) based upon the New York Labor Law §200 and

§241(6), and common law negligence.

☐ Other if an individual plaintiff is alleging a basis of jurisdiction not

stated above, plaintiffs should follow the procedure as outlined in the

CMO # <u>4</u> governing the filing of the Master Complaint and Check-off

Complaints.

☐ 5. The Court's jurisdiction of the subject matter of this action is: Contested, but the Court has

already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. §

1441.

## III.

## VENUE

☒ 6. Plaintiffs adopt those allegations as set forth in the Master Complaint Section III, Venue.

## IV.
## PARTIES

☒ 7. Plaintiffs adopt those allegations as set forth in the Master Complaint Section IV, Parties.

☒ 8. THE INJURED PLAINTIFF'S NAME IS (referencing the individual specifically injured

and/or if deceased, hereinafter referred to as "Decedent Plaintiff"): <u>Marian</u> Mnich and the

last four digits of his /her social security number are <u>8810</u> or the last four digits of his/her

federal identification number are _____.

☒ 9. THE INJURED PLAINTIFF'S ADDRESS IS: <u>213 Eckford Street, Brooklyn, New York</u>

<u>11222</u>

☐ 10.  THE REPRESENTATIVE PLAINTIFF'S NAME IS (if "Injured Plaintiff" is deceased):

_____(hereinafter referred to as the "Representative Plaintiff")

☐ 11.  THE REPRESENTATIVE PLAINTIFF'S ADDRESS IS (if "Injured Plaintiff" is

deceased): _____

☐ 12.  THE REPRESENTATIVE PLAINTIFF (if "Injured Plaintiff" is deceased) was appointed

as Administrator of the Goods, Chattels and Credits which were of the "Injured Plaintiff"

on _____,

by the Surrogate Court, County of _____, State of New York.

☐ 13.  THE REPRESENTATIVE PLAINTIFF (if "Injured Plaintiff" is deceased) was appointed

as Executor of the Estate of the "Injured Plaintiff" on

_____, by the Surrogate Court, County of

_____, State of New York.

☒ 14.  THE DERIVATIVE PLAINTIFF'S NAME:  (hereinafter referred to as the "Derivative

Plaintiff" and if deceased, hereinafter referred to as "Decedent Derivative Plaintiff")

Anna Mnich

☐ 15.  THE DERIVATIVE PLAINTIFF'S ADDRESS: 213 Eckford Street, Brooklyn, New

York 11222.

☐ 16.  THE REPRESENTATIVE DERIVATIVE PLAINTIFF'S NAME: (if "Derivative

Plaintiff" is deceased) _____

6

☐ 17. THE REPRESENTATIVE PLAINTIFF'S DERIVATIVE ADDRESS (if "Derivative

Plaintiff" is deceased): _____


☐ 18. THE REPRESENTATIVE DERIVATIVE PLAINTIFF was appointed as Administrator

of the Goods, Chattels and Credits which were of the "Derivative Plaintiff" on

_____,

by the Surrogate Court, County of _____, State of New York.


☐ 19. THE REPRESENTATIVE DERIVATIVE PLAINTIFF was appointed as Executor of the

Estate of the "Derivative Plaintiff" on _____, by the

Surrogate Court, County of _____, State of New York.

☒ 20. Injured Plaintiff, as aforementioned, is an individual and a resident of the State of New

York residing at the aforementioned address.

☐ 21. Injured Plaintiff, as aforementioned, is an individual and a resident of (if other

than New York) _____, and resides at the aforementioned address.

☐ 22. Representative Plaintiff, as aforementioned, is a resident of the State of New York,

residing at the aforementioned address.

☐ 23. Representative Plaintiff, as aforementioned, is an individual and a resident of (if other

than New York)_____, and resides at the aforementioned address.

☐ 24. Representative Plaintiff, as aforementioned, brings this claim in his/her representative

capacity, as aforementioned on behalf of the Estate of the Decedent Plaintiff.

☒ 25. Derivative Plaintiff, as aforementioned, is a resident of the State of New York, residing

at the aforementioned address.

☐ 26. Derivative Plaintiff, as aforementioned, is an individual and a resident of (if other than

New York)_____, and resides at the aforementioned address.

☐ 27. Representative Derivative Plaintiff, as aforementioned, is a resident of the State of    New

York, residing at the aforementioned address.

☐ 28. Representative Derivative Plaintiff, as aforementioned, is an individual and a resident of

(if other than New York)_____, and resides at the aforementioned

address.

☐ 29. Representative Derivative Plaintiff, as aforementioned, brings this claim in his/her

representative capacity, as aforementioned, on behalf of the Estate of the Derivative

Plaintiff.

☒ 30. The Derivative Plaintiff and or the Representative Derivative Plaintiff in his or her

representative capacity on behalf of the estate of the Decedent Derivative Plaintiff was

the:

☒ a.   SPOUSE at all relevant times herein, was lawfully married to Plaintiff,

and brings this derivative action for her/his loss due to the injuries

sustained by her husband/his wife, Injured Plaintiff.

*Instructions: To the extent that plaintiff has specificity as to the information to be*

*placed within the columns of the chart below, such should be provided. Additionally,*

*to the extent that plaintiff has specificity as to differing areas or floors within a*

*particular building or location, a separate line entry should be made for each area or*

*floor within a building within which they worked. If plaintiff is unable at this time to*

*enunciate a response to a particular column heading, the applicable column should*

*be marked with an "X." (See Sample Chart below)*

*Each sub-paragraph shall be deemed to allege: "The Injured Plaintiff at times*

*relevant to the claims herein, worked at (address/location), on or at (the floor or*

*area) for the following (dates of employment), while in the employ of (name of*

*employer), maintaining the position of (job title), performing the activities of (job*

*activity) and worked at said location for approximately (hours), working in the*

*following shift (shift worked). i.e., "The Injured Plaintiff at times relevant to the claims herein, worked at 500 Broadway, on the 2nd floor, for the following dates, 10/1/01-6/1/02, while in the employ of ABC Corp, maintaining the position of cleaner and performing activities including debris removal and worked on and/or at said floor or area for approximately 20 hours, working the 8-am-5PM shift."*

☒ 31. The Injured Plaintiff worked at the address/location, on the following floors or areas, for following dates of employment, for the employer, in the job title of, performing the job activity of and for the number of hours, and for the shift worked, as specified on the following page.

*Sample Chart*

| | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKD |
|---|---|---|---|---|---|---|---|---|---|
| 31a ☐ | *500 Broadway | 2 | 10/1/01-6/1/02 | ABC CORP. | CLEANER | DEMOLITION/DEBRIS REMOVAL | 20 | 8AM-5PM | 50 |
| 31b ☐ | 1600 Broadway | 2 | 11/1/01-11/15/01 | ABC CORP. | CLEANER | X | 10 | X | 25 |
| 31c ☐ | 1600 Broadway | basement | 12/15/01-12/16/01 | XYZ Corp. | CLEANER | X | 10 | X | 25 |

Total Hours Worked:    40

7

| | | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | 31a. | 140 West Street | X | 9/17/2001- 10/10/2001 | Comprehensive Environment | Hazardous Material Handler | Debris Removal | 190 | X | 19.89% |
| ☒ | 31b. | 70 Pine Street | | 9/19/2001 | Trade Winds Environmental | Hazardous Material Handler | Debris Removal | 10.5 | X | 1.09% |
| ☒ | 31c. | 101 Barclay Street | X | 10/9/2001, 10/16/2001 | Trade Winds Environmental | Hazardous Material Handler | Debris Removal | 80 | X | 8.37% |
| ☒ | 31d. | 250 South End Ave | X | 10/16/2001, 11/12/2001- 12/4/2001 | Pinnacle Environmental | Hazardous Material Handler | Debris Removal | 148 | X | 15.5% |
| ☒ | 31e. | 225 Rector Place | X | 10/22/2001 | Pinnacle Environmental | Hazardous Material Handler | Debris Removal | 12 | X | 1.26% |
| ☒ | 31f. | 250 Vessey Street | X | 10/22/2001, 10/29/2001 | Pinnacle Environmental | Hazardous Material Handler | Debris Removal | 99 | X | 10.36% |
| ☒ | 31g. | 225 Liberty Street | X | 11/5/2001, 2/18/2002- 3/5/2002 | Pinnacle Environmental | Hazardous Material Handler | Debris Removal | 163 | X | 16.55% |
| ☒ | 31h. | 200 Liberty Street | X | 12/12/2001- 12/24/2001 | Abatement Intl/ Advatex As | Hazardous Material Handler | Debris Removal | 88 | X | 9.23% |
| ☒ | 31i. | 201 Warren | X | 1/5/2002- 1/14/2002 | Air Tech Lab Inc. | Hazardous Material Handler | Debris Removal | 57.5 | X | 6.02% |
| ☒ | 31j. | 100 Church Street | X | 4/22/2002 | Trade Winds Environmental | Hazardous Material Handler | Debris Removal | 8 | X | 0.84% |

| | | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | 31k. | 200 Liberty Street | X | 8/19/2002 | ETS Contracting, Inc. | Hazardous Material Handler | Debris Removal | 16 | X | 1.67% |
| ☒ | 31l. | 225 Liberty Street | X | 8/26/2002 | ETS Contracting, Inc. | Hazardous Material Handler | Debris Removal | 40 | X | 4.18% |
| ☒ | 31m. | 55 Water Street | X | 9/2/2002 | PAL Environmental Saftey | Hazardous Material Handler | Debris Removal | 8 | X | 0.84% |
| ☒ | 31n. | 130 Liberty Street | X | 1/19/2004- 2/19/2004 | PAL Environmental Saftey | Hazardous Material Handler | Debris Removal | 40 | X | 4.18% |
| ☐ | 31o. | | | | | | | | | |
| ☐ | 31p. | | | | | | | | | |
| ☐ | 31q. | | | | | | | | | |
| ☐ | 31r. | | | | | | | | | |
| ☐ | 31s. | | | | | | | | | |

☐ Other (Check here, if need for additional space and attach Rider and continue with same format as above)

9

☒ 31t. The plaintiff worked at all buildings or locations for the total number of hours as indicated: <u>955</u>.

☒ 32. The Injured Plaintiff was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above, unless otherwise specified.

☒ 33. The Injured Plaintiff was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above, unless otherwise specified

☒ 34. The Injured Plaintiff was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above, unless otherwise specified

☒ 35. The Plaintiff, and/or if also applicable to derivative plaintiff, check here ☒ , or his/her representative, has not made a claim to the Victim Compensation Fund. Therefore, pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. 40101, the issue of waiver is inapplicable.

☐ 36. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/her representative, has made a claim to the Victim Compensation Fund, which claim was not deemed "substantially complete." The plaintiff therefore has not waived the "right to file a civil action (or be party to an action) in any Federal or State court for damages sustained as a result of the terrorist aircraft crashes of September 11,2001, except for civil actions to recover collateral source obligations." 49 U.S.C. 40101 at § 405 (c)(3)(B).

☐ 37. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/her representative, has made a claim to the Victim Compensation Fund, which claim was deemed "substantially complete" by the Fund. The plaintiff has therefore waived the "right to file a civil action (or be party to an action) in any Federal or State court for damages sustained as a result of the terrorist aircraft crashes of September 11, 2001, except for civil actions to recover collateral source obligations." 49U.S.C. 40101 at Section 405 (c) (3) (B)

10

☐ 38. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund that was granted by the Fund. The plaintiff has therefore waived the "right to file a civil action (or be party to an action) in any Federal or State Court for damages sustained as a result of the terrorist aircraft crashes of September 11, 2002 except for civil actions to recover collateral source obligations." 49 U.S.C. 40101 at Sec. 405 (c)(3) (B)

☐ 39. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victims Compensation Fund that was deemed ineligible prior to a determination of being substantially complete.

☐ 40. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victims Compensation Fund that was deemed ineligible subsequent to a determination of being substantially complete.

☒ 41. The allegations in the body of the Master Complaint, are asserted as against each defendant as checked off below. If plaintiff asserts additional allegations, buildings, locations and/or defendants plaintiffs should follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint and Check-off Complaints.

☒ 42. The specific Defendants alleged relationship to the property, as indicated below or as otherwise the evidence may disclose, or their role with relationship to the work threat, gives rise to liability under the causes of actions alleged, as referenced in the Master Complaint.

*Instruction: The Defendant(s) names in the Master Complaint are re-stated below. The Defendant's are listed by reference to the building and/or location at which this specific plaintiff alleges to have worked. Each sub-paragraph shall be deemed to allege: "With reference to (address), the defendant (entity) was a and/or the (relationship) of and/or at the subject property and/or in such relationship as the evidence may disclose," (i.e. With*

11

*reference to 4 Albany Street, defendant Bankers Trust Company, was the owner of the*

*subject property and/or in such relationship as the evidence may disclose).*

☒ 43. With reference to *(address as checked below)*, the defendant *(entity as checked below)*

was a and/or the *(relationship as indicated below)* of and/or at the subject property and/or

in such relationship as the evidence may disclose.

    ☐ (43-1) 4 ALBANY STREET
        ☐A.  BANKERS TRUST COMPANY (*OWNER*)
        ☐B.  BANKERS TRUST NEW YORK CORPORATION (*OWNER*)
        ☐C.  BANKERS TRUST CORP.(*OWNER* )
        ☐D.  DEUTSCHE BANK TRUST COMPANY AMERICAS (*OWNER*)
        ☐E.  DEUTSCHE BANK TRUST CORPORATION (*OWNER*)
        ☐F.  JONES LANG LASALLE AMERICAS, INC. (*OWNER*)
        ☐G.  JONES LANG LASALLE SERVICES, INC. (*OWNER*)
        ☐H.  AMBIENT GROUP, INC. *(CONTRACTOR)*
        ☐I.  ~~RJ LEE GROUP, INC. (*OWNER*)~~ **Removed (March 28th, 2008)**
        ☐J.  TISHMAN INTERIORS CORPORATION *(CONTRACTOR)*

    ☐ (43-2) 99 BARCLAY STREET
        ☐A.  THE BANK OF NEW YORK COMPANY, INC. (*OWNER*)
        ☐B.  ONE WALL STREET HOLDINGS, LLC. (*OWNER*)

    ☒ (43-3)101 BARCLAY STREET (BANK OF NEW YORK)
        ☒A.  THE BANK OF NEW YORK COMPANY, INC. (*OWNER*)
        ☒B.  ONE WALL STREET HOLDINGS, LLC. (*OWNER*)

    ☐ (43-4)125 BARCLAY STREET
        ☐A.  ELAINE ESPEUT, AS TRUSTEE UNDER A DECLARATION OF
            TRUST (*OWNER*)
        ☐B.  FRANK MORELLI, AS TRUSTEE UNDER A DECLARATION OF
            TRUST (*OWNER*)
        ☐C.  37 BENEFITS FUND TRUST (*OWNER*)

☐ (43-5) 20 BROAD STREET
  ☐ A.  20 BROAD ST. CO. *(OWNER)*
  ☐ B.  VORNADO OFFICE MANAGEMENT, LLC *(AGENT)*


☐ (43-6) 30 BROAD STREET (CONTINENTAL BANK BUILDING)
  ☐ A.  30 BROAD STREET ASSOCIATES, LLC *(OWNER)*
  ☐ B.  MURRAY HILL PROPERTIES *(AGENT)*


☐ (43-7) 40 BROAD STREET
  ☐ A.  ~~40 BROAD, LLC *(OWNER)*~~ **Removed (March 28th, 2008)**
  ☐ B.  CB RICHARD ELLIS *(AGENT)*


☐ (43-8) 60 BROAD STREET
  ☐ A.  ~~WELLS 60 BROAD STREET, LLC *(OWNER)*~~ **Removed (March 28th, 2008)**
  ☐ B.  COGSWELL REALTY GROUP & WELLS REAL ESTATE FUNDS
        *(AGENT)*


☐ (43-9) 75 BROAD STREET
  ☐ A.  75 BROAD LLC *(OWNER)*
  ☐ B.  JEMB REALTY CORP. *(AGENT)*


☐ (43-10) 85 BROAD STREET
  ☐ A.  ASSAY PARTNERS *(AGENT)*


☐ (43-11) 104 BROAD STREET (NEW YORK TELEPHONE COMPANY
         BUILDING)
  ☐ A.  CITY OF NEW YORK *(OWNER)*


**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-11-a) 125 BROAD STREET
  ☐ A.  MCI COMMUNICATIONS CORPORATION *(OWNER)*
  ☐ B.  MCI COMMUNICATIONS SERVICES, INC. *(OWNER)*
  ☐ C.  MCI, INC. *(OWNER)*
  ☐ D.  VERIZON COOMUNICATIONS, INC (OWNER)

☐E.   VERIZON NEW YORK, INC. (OWNER)

☐F.   VERIZON PROPERTIES, INC. (*OWNER*)

☐G.   SL GREEN REALTY CORPORATION (*OWNER*)

☐H.   THE WITKOFF GROUP LLC (*OWNER*)


**ADDITIONAL PARAGRAPH (MARCH 28th  , 2008)**

☐ (43-11-b) 140 BROAD STREET

☐A.   TRZ HOLDINGS, LLC *(OWNER)*

☐B.   MORGAN STANLEY  MGMT CAPITAL, INC. (*OWNER*)


☐ (43-12) 1 BROADWAY

☐A.   KENYON & KENYON (*OWNER*)

☐B.   LOGANY LLC (*OWNER*)

☐C.   ~~ONE BROADWAY, LLC (OWNER)~~ Removed (March 28th, 2008)


☐ (43-13) 2 BROADWAY

☐A.   2 BROADWAY, LLC *(OWNER)*

☐B.   COLLIERS ABR, INC. *(AGENT)*


☐ (43-14) 25 BROADWAY

☐A.   25 BROADWAY OFFICE PROPERTIES, LLC *(OWNER)*

☐B.   ACTA REALTY CORP. *(AGENT)*


☐ (43-15) 30 BROADWAY

☐A.   CONSTITUTION REALTY LLC (*OWNER*)


☐ (43-16) 45 BROADWAY

☐A.   ~~B.C.R.E. (AGENT)~~ Removed (March 28th, 2008)

☐B.   45 BROADWAY, LLC (*OWNER*)

☐C.   CAMMEBY'S INTERNATIONAL, LTD. (*OWNER*)

☐D.   THE BANK OF NEW YORK (*OWNER*)


☐ (43-17) 61 BROADWAY

☐A.   CROWN BROADWAY, LLC (*OWNER*)

☐B.   CROWN PROPERTIES, INC (*OWNER*)

14

☐C.   CROWN 61 ASSOCIATES, LP (*OWNER*)

☐D.   CROWN 61 CORP (*OWNER*)

☐ (43-18) 71 BROADWAY

    ☐A.   ERP OPERATING UNLIMITED PARTNERSHIP *(OWNER)*

    ☐B.   EQUITY RESIDENTIAL *(AGENT)*

☐ (43-19) 90 EAST BROADWAY

    ☐A.   SUN LAU REALTY CORP. (*OWNER*)

☐ (43-20) 111/113 BROADWAY

    ☐A   TRINITY CENTRE LLC (*OWNER*)

    ☐B.   CAPITAL PROPERTIES, INC. (*OWNER*)

☐ (43-21) 115/119 BROADWAY

    ☐A.   TRINITY CENTRE LLC (*OWNER*)

☐ (43-22) 120 BROADWAY (THE EQUITABLE BUILDING)

    ☐A.   BOARD OF MANAGERS OF THE 120 BROADWAY CONDOMINIUM (CONDO #871) (*OWNER*)

    ☐B.   120 BROADWAY, LLC (*OWNER*)

    ☐C.   120 BROADWAY CONDOMINIUM (CONDO #871) (*OWNER*)

    ☐D.   120 BROADWAY PROPERTIES, LLC (*OWNER*)

    ☐E.   ~~715 REALTY CO. (*OWNER*)~~ **Removed (March 28th, 2008)**

    ☐F.   SILVERSTEIN PROPERTIES, INC. (*OWNER*)

    ☐G.   120 BROADWAY HOLDING, LLC (*OWNER*)

    ☐H.   CITIBANK, NA (*OWNER*)

☐ (43-23) 140 BROADWAY

    ☐A.   MSDW 140 BROADWAY PROPERTY L.L.C. (*OWNER*)

☐ (43-24) 150 BROADWAY

    ☐A.   150 BROADWAY N.Y. ASSOCS. L.P. (*OWNER*)

    ☐B.   150 BROADWAY CORP. (*OWNER*)

☐C.  BAILEY N.Y. ASSOCIATES (*OWNER*)

☐D.  AT&T WIRELESS SERVICES, INC. (*OWNER*)

☐E.  ~~BROWN HARRIS STEVENS COMMERCIAL SERVICES, LLC~~

~~(AGENT)~~ **Removed (March 28th, 2008)**


☐ (43-25) 160 BROADWAY

☐ A.  DAROR ASSOCIATES, LLC (*OWNER*)

☐ B.  BRAUN MANAGEMENT, INC. (*AGENT*)


☐ (43-26) 170 BROADWAY

☐A.  AMG REALTY PARTNERS, LP (*OWNER*)

☐B.  JONES LANG LASALLE AMERICAS, INC. (*OWNER*)

☐C.  JONES LANG LASALLE SERVICES, INC. (*OWNER*)

☐D.  AMBIENT GROUP, INC. (*CONTRACTOR*)


**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-26-a) 176 BROADWAY

☐A.  176 BROADWAY BUILDERS CORP. (*OWNER*)

☐B.  176 BROADWAY OWNERS CORP. (*OWNER*)

☐C.  SL GREEN REALTY CORPORATION (*OWNER*)

☐D.  THE WITKOFF GROUP LLC (*OWNER*)


**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-27) 214 BROADWAY

☐A.  222 BROADWAY, LLC (*OWNER*)

**DEFENDANTS ADDED (March 28th, 2008)**

☐B.  CAP, INC. (*OWNERS*)


**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-28) 222 BROADWAY

☐A.  222 BROADWAY, LLC (*OWNER*)

☐B.  ~~SWISS BANK CORPORATION (OWNER)~~ **Removed (March 28th, 2008)**

☐C.  ~~CUSHMAN & WAKEFIELD, INC. (OWNER)~~ **Removed (March 28th, 2008)**

☐D.  CHASE MANHATTAN BANKING CORPORATION (*OWNER*)

**DEFENDANTS ADDED (March 28th, 2008)**

    ☐E.   MERRILL LYNCH & CO, INC. (*OWNER*)

    ☐F.   UBS FINANCIAL SERVICES, INC. f/k/a SWISS BANK COROPRATION (*OWNER*)

☐ (43-29) 225 BROADWAY

    ☐A.  225 BROADWAY COMPANY LP *(OWNER)*

    ☐B.  BRAUN MANAGEMENT, INC. *(OWNER)*

☐ (43-30) 230 BROADWAY

    ☐A.  233 BROADWAY OWNERS, LLC *(OWNER)*

☐ (43-31) 233 BROADWAY

    ☐A.  233 BROADWAY OWNERS, LLC (*OWNER*)

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-32) 250 BROADWAY

    ☐A.  1221 AVENUE HOLDINGS, LLC *(OWNER)*

    **DEFENDANTS ADDED (March 28th, 2008)**

    ☐B.  250 BROADWAY ASSOC. *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-32-a) 350 BROADWAY

    ☐A.  RFG NEW YORK ASSOCIATES, LLC (*OWNER*)

    ☐B.  SL GREEN REALTY CORPORATION (*OWNER*)

    ☐C.  THE WITKOFF GROUP LLC (*OWNER*)

☐ (43-33)  125 CEDAR STREET

    ☐A.  120 LIBERTY ST., LLC *(OWNER)*

☐ (43-34) 130 CEDAR STREET

    ☐A.  AJ GOLDSTEIN & CO. (*OWNER*)

    ☐B.  CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST (*OWNER*)

    ☐C.  MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY (*OWNER*)

☐D.   NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST (*OWNER*)

☐E.   NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST (*OWNER*)

☐F.   CAROL GAYNOR TRUST (*OWNER*)

☐G.   PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST (*OWNER*)

☐H.   ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST (*OWNER*)

☐I.   FRED GOLDSTEIN  (*OWNER*)

☐J.   MARGARET G. WATERS (*OWNER*)

☐K.   MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL   AND TESTAMENT OF LOUIS W. GOLDSTEIN (*OWNER*)

☐L.   HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN (*OWNER*)

☐M.   SYLVIA R. GOLDSTEIN (*OWNER*)

☐N.   RUTH G. LEBOW (*OWNER*)

☐O.   HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF   TRUST (*OWNER*)

☐P.   IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST (*OWNER*)

☐Q.   HARLAND GAYNOR, AS TRUSTEE UNDER DECLARATION OF TRUST (*OWNER*)

☐R.   SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST (*OWNER*)

☐S.   BETTY JEAN GRANQUIST (*OWNER*)

☐T.   CAROL MERRIL GAYNOR (*OWNER*)

☐U.   ALAN L. MERRIL (*OWNER*)

☐ (43-35) 90 CHAMBERS STREET

☐A.   90 CHAMBERS REALTY, LLC *(OWNER)*

☐ (43-36) 105 CHAMBERS STREET

☐A.   DATRAN MEDIA *(OWNER)*

18

☐ (43-37) 145 CHAMBERS STREET
    ☐ A.   145 CHAMBERS A CO. (*OWNER*)

☐ (43-38) 199 CHAMBERS STREET (BOROUGH OF MANHATTAN
    COMMUNITY COLLEGE (CUNY))
    ☐ A.   BOROUGH OF MANHATTAN COMMUNITY COLLEGE

☐ (43-39) 345 CHAMBERS STREET (STUYVESANT HIGH SCHOOL)
    ☐ A.   TRIBECA LANDING L.L.C. (*OWNER*)
    ☐ B.   BOARD OF EDUCATION OF THE CITY OF NEW YORK
        (*OWNER*)
    ☐ C.   NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY
        (*OWNER*)
    ☐ D.   THE CITY OF NEW YORK (*OWNER*)
    ☐ E.   BATTERY PARK CITY AUTHORITY (*OWNER*)
    ☐ F.   DEPARTMENT OF BUSINESS SERVICES *(AGENT)*

☐ (43-40) 400 CHAMBERS STREET
    ☐ A.   THE RELATED COMPANIES, LP (*OWNER*)
    ☐ B   RELATED MANAGEMENT CO., LP (*OWNER*)
    ☐ C.   THE RELATED REATLY GROUP, INC (*OWNER*)
    ☐ D.   RELATED BPC ASSOCIATES, INC. (*OWNER*)

☐ (43-41) 55 CHURCH STREET (MILLENIUM HILTON HOTEL)
    ☐ A.   CDL NEW YORK LLC MILLENIUM BROADWAY *(OWNER)*

☐ (43-42) 90 CHURCH STREET (POST OFFICE)
    ☐ A.   90 CHURCH STREET LIMITED PARTNERSHIP (*OWNER*)
    ☐ B.   BOSTON PROPERTIES, INC. (*OWNER*)
    ☐ C.   STUCTURE TONE (UK), INC. *(CONTRACTOR)*
    ☐ D.   STRUCTURE TONE GLOBAL SERVICES, INC.

*(CONTRACTOR)*

☐ E.  BELFOR USA GROUP, INC. *(CONTRACTOR)*

☐ F.  AMBIENT GROUP, INC. *(CONTRACTOR)*


☐ (43-43) 99 CHURCH STREET

    ☐ A. MOODY'S HOLDINGS, INC. *(OWNER)*

    ☐ B. GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*


☒ (43-44) 100 CHURCH STREET

    ☒ A.  THE CITY OF NEW YORK (*OWNER*)

    ☒ B.  100 CHURCH LLC (*OWNER*)

    ☒ C.  ZAR REALTY MANAGEMENT CORP. *(AGENT)*

    ☒ D.  MERRILL LYNCH & CO, INC. (*OWNER*)

    ☒ E.  AMBIENT GROUP, INC. *(CONTRACTOR)*

    ☒ F.  INDOOR ENVIRONMENTAL TECHNOLOGY, INC. *(CONTRACTOR/AGENT)*

    ☒ G.  GPS ENVIRONMENTAL CONSULTANTS, INC. *(CONTRACTOR/AGENT)*

    ☒ H.  CUNNINGHAM DUCT CLEANING CO., INC. *(CONTRACTOR)*

    ☒ I.  TRC ENGINEERS, INC. *(CONTRACTOR/AGENT*

    ☒ J.  INDOOR AIR PROFESSIONALS, INC. *(CONTRACTOR/AGENT*

    ☒ K.  LAW ENGINEERING P.C. *(CONTRACTOR/AGENT)*

    ☐ ~~L.  ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC (OWNER)~~ **Removed (March 28th, 2008)**


☐ (43-45) 110 CHURCH STREET

    ☐ A.  110 CHURCH LLC *(OWNER)*

    ☐ B.  53 PARK PLACE LLC *(OWNER)*

    ☐ ~~C.  ZAR REALTY MANAGEMENT CORP. (AGENT)~~ **Removed (March 28th, 2008)**

    ☐ D.  LIONSHEAD DEVELOPMENT LLC *(OWNER/AGENT)*

    ☐ E.  LIONSHEAD 110 DEVELOPMENT LLC *(OWNER/AGENT)*


☐ (43-46) 120 CHURCH STREET (BANK OF NEW YORK)

☐A.   110 CHURCH LLC *(OWNER)*

☐B.   53 PARK PLACE LLC *(OWNER)*

☐C.   ~~ZAR REALTY MANAGEMENT CORP. *(AGENT)*~~ Removed (March 28th, 2008)

☐D.   LIONSHEAD DEVELOPMENT LLC *(OWNER/AGENT)*

☐E.   LIONSHEAD 110 DEVELOPMENT LLC *(OWNER/AGENT)*


☐ (43-47) 22 CORTLANDT STREET (CENTURY 21)

☐A.   MAYORE ESTATES LLC *(OWNER)*

☐B.   80 LAFAYETTE ASSOCIATES, LLC *(OWNER)*

☐C.   MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON *(OWNER)*

☐D.   BLUE MILLENNIUM REALTY LLC *(OWNER)*

☐E.   CENTURY 21, INC. *(OWNER)*

☐F.   B.R. FRIES & ASSOCIATES, INC. *(AGENTS)*

☐G.   STONER AND COMPANY, INC. *(AGENTS)*

☐H.   HILLMAN ENVIRONMENTAL GROUP, LLC. *(AGENT/CONTRACTOR)*

☐I   GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*


☐ (43-48) 26 CORTLANDT STREET (CENTURY 21)

☐A.   BLUE MILLENNIUM REALTY LLC *(OWNER)*

☐B.   CENTURY 21 DEPARTMENT STORES LLC *(OWNER)*

☐C.   GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*


☐ (43-49) 7 DEY STREET (GILLESPI BUILDING)

☐A.   SAKELE BROTHERS LLC *(OWNER)*


**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-49-a) 94 EAST BROADWAY

☐A.   SUN LAU REALTY CORP. *(OWNER)*


☐ ~~(43-50) 1 FEDERAL PLAZA~~ Removed (March 28th, 2008)

☐A.   ~~US GOVERNMENT *(OWNER)*~~

☐ (43-51) 26 FEDERAL PLAZA (JACOB K. JAVITS FEDERAL BUILDING)
    ☐ A.  TRIO ASBESTOS REMOVAL *(CONTRACTOR)*

☐ (43-52) 163 FRONT STREET
    ☐ A.  AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*
    ☐ B.  AMERICAN INTERNATIONAL GROUP *(OWNER)*

☐ (43-53) 77 FULTON STREET
    ☐ A.  SOUTHBRIDGE TOWER, INC. *(OWNER)*

☐ (43-54) GATE HOUSE
    ☐ A.  THE CITY OF NEW YORK *(OWNER)*

☐ (43-55) 100 GOLD STREET
    ☐ A.  CITY WIDE ADMINISTRATIVE SERVICES *(OWNER)*

☐ (43-56) 240 GREENE STREET
    ☐ A.  NEW YORK UNIVERSITY *(OWNER)*
    ☐ B.  DORMITORY AUTHORITY OF THE STATE OF NEW YORK
        *(OWNER)*

☐ (43-57) 70 GREENWICH STREET (PARKING GARAGE)
    ☐ A.  EDISON PARKING MANAGEMENT, L.P. *(OWNER/AGENT)*
    ☐ B.  ALLRIGHT PARKING MANAGEMENT, INC.
        *(OWNER/AGENT)*
    ☐ C.  CENTRAL PARKING SYSTEM OF NEW YORK, INC.
        *(OWNER/AGENT)*

☐ (43-58) 88 GREENWICH STREET
    ☐ A.  BLACK DIAMONDS LLC *(OWNER)*
    ☐ B.  88 GREENWICH LLC *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-58-a) 104 GREENWICH STREET (REMY LOUNGE)

☐A.    GB DEVELOPMENT GROUP *(OWNER)*

☐ (43-59) 108 GREENWICH STREET

☐A.    JOSEPH MARTUSCELLO *(OWNER)*

☐ (43-60) 114 GREENWICH STREET

☐A.    SENEX GREENWICH REALTY ASSOCIATES, LLC *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-61) 120 GREENWICH PLACE

☐A.    ~~SENEX GREENWICH REALTY ASSOCIATES *(OWNER)*~~ **Removed (March 28th, 2008)**

**DEFENDANTS ADDED (March 28th, 2008)**

☐B.    120 GREENEICH DEVELOPMENT ASSOCIATES, LLC *(OWNER)*

☐C.    BARRINGTON DEVELOPMENT CORP. *(OWNER)*

☐ (43-62) 234 GREENWICH STREET

☐A.    THE BANK OF NEW YORK *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-62-a) 275 GREENWICH STREET

☐A.    GREENWICH COURT CONDOMINIUM ASSOCIATION CORP. *(OWNER)*

☐ (43-63) 390 GREENWICH STREET

☐A.    STATE STREET BK & TRTETC *(OWNER)*

☐B.    CITIGROUP CORPORATE REALTY SERVICES *(AGENT)*

☐ ~~(43-64) 7 HANOVER SQUARE~~ **Removed (March 28th, 2008)**

☐A.    ~~MB REAL ESTATE *(AGENT)*~~ **Removed (March 28th, 2008)**

☐B.    ~~SEVEN HANOVER ASSOCIATES *(OWNER)*~~ **Removed (March 28th, 2008)**

☐ (43-65) 40 HARRISON STREET (INDEPENDENCE PLAZA)

☐A.  AM & G WATERPROOFING LLC *(CONTRACTOR)*

☐ (43-66) 60 HUDSON STREET
　　　☐A.  60 HUDSON OWNER, LLC *(OWNER)*

☐ (43-67) 315 HUDSON STREET
　　　☐A.  315 HUDSON LLC *(OWNER)*

☐ (43-68) 2 JOHN STREET
　　　☐A.  GOTHAM ESTATE, LLC *(OWNER/AGENT)*
　　　☐B.  ~~GOTHAM ESTATE, LLC *(AGENT)*~~ **Removed (March 28th, 2008)**

☐ (43-69) 45 JOHN STREET
　　　☐A.  BANK OF NEW YORK *(OWNER)*

☐ (43-70) 99 JOHN STREET
　　　☐A.  ROCKROSE DEVELOPMENT CORP. *(OWNER)*

☐ (43-71) 100 JOHN STREET
　　　☐A.  MAZAL GROUP *(OWNER)*
　　　☐B.  NEWMARK KNIGHT FRANK *(AGENT)*

☐ (43-72) ONE LIBERTY PLAZA
　　　☐A.  NEW LIBERTY PLAZA LP *(OWNER)*
　　　☐B.  WORLD FINANCIAL PROPERTIES, L.P. *(OWNER)*
　　　☐C.  WFP ONE LIBERTY PLAZA CO., L.P. *(OWNER)*
　　　☐D.  ONE LIBERTY PLAZA *(OWNER)*
　　　☐E.  BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*
　　　☐F.  WFP ONE LIBERTY PLAZA, CO. GP, CORP. *(OWNER)*
　　　☐G.  THE ONE LIBERTY PLAZA CONDOMINIUM
　　　　　　(CONDO #1178) *(OWNER)*

☐H.  THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA
     CONDOMINIUM (CONDO #1178) *(OWNER)*

☐I.  BFP ONE LIBERTY PLAZA CO., LLC *(OWNER)*

☐J.  NATIONAL ASSOCIATION OF SECURITIES DEALERS,  INC.
     *(OWNER)*

☐K.  NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY
     *(OWNER)*

☐L.  NEW YORK CITY ECONOMIC DEVELOPMENT
     CORPORATION *(OWNER)*

☐M.  NEW YORK CITY INDUSTRIAL DEVELOPMENT
     CORPORATION *(OWNER)*

☐N.  BLACKMON-MOORING-STEAMATIC CATASTOPHE,
     INC. d/b/a  BMS CAT *(AGENT/CONTRACTOR)*

☐O.  HILLMAN ENVIRONMENTAL GROUP, LLC.
     *(AGENT/CONTRACTOR)*

☐P.  GENERAL RE SERVICES CORP. *(OWNER/AGENT)*


☐ (43-73) 10 LIBERTY STREET
     ☐A.  LIBERTY STREET REALTY *(OWNER)*



☐ (43-74) 30 LIBERTY STREET
     ☐A.  CHASE MANHATTAN BANK *(OWNER)*


☐ (43-75) 33 LIBERTY STREET
     ☐A.  VERIZON NEW YORK, INC. *(OWNER)*


**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-76) 114 LIBERTY STREET
     ☐A.  WARWICK & CO. *(OWNER)*
          **DEFENDANTS ADDED (March 28th, 2008)**
     ☐B.  114 LIBERTY STREET ASSOC. (OWNER)


☒ (43-77) 130 LIBERTY STREET (DEUTSCHE BANK BUILDING)
     ☒A.  DEUTSCHE BANK TRUST CORPORATION *(OWNER)*
                              25

☒B.   DEUTSCHE BANK TRUST COMPANY *(OWNER)*

☒C.   BANKERS TRUST CORPORATION *(OWNER)*

☒D.   DEUTSCHE BANK TRUST COMPANY AMERICAS *(OWNER)*

☒E.   THE BANK OF NEW YORK TRUST COMPANY NA *(OWNER)*

☒F.   BT PRIVATE CLIENTS CORP. *(OWNER)*

☒G.   TISHMAN INTERIORS CORPORATION *(CONTRACTOR)*

☒H.   TULLY CONTSRUCTION CO., INC. *(CONTRACTOR)*

☒I.   TULLY INDUSTRIES *(CONTRACTOR)*

☐ (43-78) 377 LIBERTY STREET

☐A.   LIBERTY HOUSE CONDOMINIUM *(OWNER)*

☐ (43-79) 41 MADISON AVENUE

☐A.   41 MADISON LP/RUDIN MGMT CO. *(OWNER/AGENT)*

☐ (43-80) 59 MAIDEN LANE

☐A.   59 MAIDEN LANE ASSOCIATES, LLC *(OWNER)*

☐ (43-81) 80 MAIDEN LANE

☐A.   BATTERY PARK CITY AUTHORITY *(OWNER)*

☐ (43-82) 90 MAIDEN LANE

☐A.   MAIDEN 80/90 LLC *(OWNER)*

☐B.   AM PROPERTY HOLDING CORP *(OWNER)*

☐ (43-83) 95 MAIDEN LANE

☐A.   CHICAGO 4, L.L.C. *(OWNER)*

☐B.   2 GOLD L.L.C., SUCCESSOR BY MERGER TO CHICAGO 4,   L.L.C. *(OWNER)*

☐ (43-83-1) 125 MAIDEN LANE

☐A.   125 MAIDEN LANE EQUITIES, LLC *(OWNER)*

☐ (43-84) MARRIOTT FINANCIAL CENTER HOTEL

26

☐A.   HMC CAPITOL RESOURCES CORP. *(AGENT)*

☐B.   HMC FINANCIAL CENTER, INC. *(OWNER)*

☐C.   MARRIOTT HOTEL SERVICES, INC. *(AGENT)*

☐D.   MK WEST STREET COMPANY *(AGENT)*

☐E.   MK WEST STREET COMPANY, L.P. *(AGENT)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-84-a) 45 MURRAY STREET

☐A.   45 MURRAY STREET CORP. (*OWNER*)

☐ (43-85) 101 MURRAY STREET

☐ A.  ST. JOHN'S UNIVERSITY *(OWNER)*

☐ (43-86) 110 MURRAY STREET

☐A.   THE BANK OF NEW YORK COMPANY, INC. *(OWNER)*

☐B.   ONE WALL STREET HOLDINGS, LLC. *(OWNER)*

☐ (43-87) 26 NASSAU STREET (1 CHASE MANHATTAN BANK

☐A.   J.P. MORGAN CHASE CORPORATION *(OWNER)*

☐ (43-88) 81 NASSAU STREET

☐A.   SYMS CORP. *(OWNER)*

☐ (43-89) 4 NEW YORK PLAZA

☐A.   MANUFACTURERS HANOVER TRUST COMPANY
      *(OWNER)*

☐ (43-90) 102 NORTH END AVENUE

☐A.   HARRAH'S OPERATING COMPANY, INC. *(OWNER/AGENT)*

☐B.   HILTON HOTELS CORPORATION *(OWNER)*

☐ (43-91) PACE UNIVERSITY

☐A.   PACE UNIVERSITY *(OWNER)*

☐ (43-92) 75 PARK PLACE

    ☐A.   RESNICK 75 PARK PLACE, LLC *(OWNER)*

    ☐B.   JACK RESNICK & SONS, INC. *(AGENT)*


☐ (43-93) 299 PEARL STREET

    ☐A.   SOUTHBRIDGE TOWERS, INC. *(OWNER)*


**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-94) 375 PEARL STREET

    ☐A.   VERIZON COMMUNICATIONS, INC. *(OWNER)*

    ☐B.   RICHARD WINNER *(AGENT)*

    ☐C.   VERIZON NEW YORK, INC. *(OWNER)*

        **DEFENDANTS ADDED (March 28th, 2008)**

    ☐D.   TACONIC INVESTMENT PARTNERS, LLC *(OWNER)*


☐ (43-95) PICASSO PIZZERIA RESTAURANT

    ☐     CITY OF NEW YORK *(OWNER)*


☐ (43-96) 30 PINE STREET

    ☐A.   JP MORGAN CHASE CORPORATION *(OWNER/AGENT)*

    ☐B.  ~~JP MORGAN CHASE *(AGENT)*~~ **Removed (March 28th, 2008)**


☒ (43-97) 70 PINE STREET

    ☒A.   AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*

    ☒B.   AMERICAN INTERNATIONAL GROUP, INC. *(OWNER)*

    ☒C.   AIG REALTY, INC. *(OWNER)*


☐ (43-98) 80 PINE STREET

    ☐A.   80 PINE, LLC *(OWNER)*

    ☐B.   RUDIN MANAGEMENT CO., INC. *(AGENT)*


**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-99) P.S. 234 INDEPENDENCE SCHOOL

    ☐A.  ~~SABINE ZERARKA *(OWNER)*~~ **Removed (March 28th, 2008)**

**DEFENDANTS ADDED (March 28th, 2008)**

☐B.   THE CITY OF NEW YORK *(OWNER)*

☐C.   THE CITY OF NEW YORK DEPARTMENT OF EDUCATION *(OWNER)*

☐ (43-100) 30 ROCKEFELLER PLAZA

☐A.   TISHMAN SPEYER PROPERTIES *(OWNER)*

☐B.   V CUCINIELLO *(OWNER)*

☐ (43-101) 1-9 RECTOR STREET

☐A.   50 TRINITY, LLC *(OWNER)*

☐B.   BROADWAY WEST STREET ASSOCIATES LIMITED PARTNERSHIP *(OWNER)*

☐C.   HIGHLAND DEVELOPMENT LLC *(OWNER)*

☐D.   STEEPLECHASE ACQUISITIONS LLC *(OWNER)*

☐E.   BLACK DIAMONDS LLC *(OWNER)*

☐F.   88 GREENWICH LLC *(OWNER)*

☐ (43-102) 19 RECTOR STREET

☐A.   BLACK DIAMONDS LLC *(OWNER)*

☐B.   88 GREENWICH LLC *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-102-a) 33 RECTOR STREET

☐A.   33 RECTOR STREET CONDOMINIUM (OWNER)

☐ (43-103) 40 RECTOR STREET

☐A.   ~~NEW YORK TELEPHONE COMPANY *(AGENT)*~~ **Removed (March 28th, 2008)**

☐B.   40 RECTOR HOLDINGS, LLC *(OWNER)*

☒ (43-104) 225 RECTOR PLACE

☒A.   LIBERTY VIEW ASSOCIATES, L.P. *(OWNER)*

☐B.   ~~AMG REALTY PARTNERS, LP *(OWNER)*~~ **Removed (March 28th, 2008)**

☒C.   RELATED MANAGEMENT CO., LP *(AGENT)*

29

☒ D.   THE RELATED REALTY GROUP, INC. *(OWNER)*

☒ E.   THE RELATED COMPANIES, LP *(OWNER)*

☒ F.   RELATED BPC ASSOCIATES, INC. *(OWNER)*

☐ (43-105) 280 RECTOR PLACE (THE SOUNDING)

    ☐ A.   ~~BROWN HARRIS STEVENS *(AGENT)*~~ **Removed (March 28th, 2008)**

    ☐ B.   THE RELATED COMPANIES, LP *(OWNER)*

☐ (43-106) 300 RECTOR PLACE (BATTERY POINTE)

    ☐ A.   BATTERY POINTE CONDOMINIUMS *(OWNER)*

    ☐ B.   RY MANAGEMENT *(AGENT)*

☐ (43-107) 377 RECTOR PLACE (LIBERTY HOUSE

    ☐ A.   MILFORD MANAGEMENT CORP. *(AGENT)*

    ☐ B.   MILSTEIN PROPERTIES CORP. *(OWNER)*

    ☐ C.   ~~LIBERTY HOUSE CONDOMINIUM *(OWNER)*~~ **Removed (March 28th, 2008)**

☐ (43-108) 380 RECTOR PLACE   (LIBERTY TERRACE)

    ☐ A.   MILFORD MANAGEMENT CORP. *(OWNER)*

    ☐ B.   LIBERTY TERRACE CONDOMINIUM *(OWNER)*

☐ (43-109) 2 SOUTH END AVENUE (COVE CLUB)

    ☐ A.   COOPER SQUAER REALTY, INC. *(OWNER)*

☒ (43-110) 250 SOUTH END AVENUE (HUDSON VIEW EAST)

    ☒ A.   BATTERY PARK CITY AUTHORITY *(OWNER)*

    ☒ B.   HUDSON VIEW TOWERS ASSOCIATES *(OWNER)*

    ☒ C.   HUDSON VIEW EAST CONDOMINIUM *(OWNER)*

    ☒ D.   BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM *(OWNER)*

    ☒ E.   R Y MANAGEMENT CO., INC. *(AGENT)*

    ☐ F.   ~~ZECKENDORF REALTY, LP, *(AGENT/OWNER)*~~ **Removed**

(March 28th, 2008)

☐ ~~G.    ZECKENDORF REALTY, LLC, *(AGENT/OWNER)*~~ Removed (March 28th, 2008)

☐ (43-111) 315 SOUTH END AVENUE
    ☐ A.    THE CITY OF NEW YORK *(OWNER)*

☐ (43-112) 345 SOUTH END AVENUE (100 GATEWAY PLAZA)
    ☐ A.    EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.    LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-113) 355 SOUTH END AVENUE (200 GATEWAY PLAZA)
    ☐ A.    EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.    LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-114) 375 SOUTH END AVENUE (600 GATEWAY PLAZA)
    ☐ A.    EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.    LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-115) 385 SOUTH END AVENUE (500 GATEWAY PLAZA)
    ☐ A.    EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.    LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-116) 395 SOUTH END AVENUE  (400 GATEWAY PLAZA)
    ☐ A.    THE CITY OF NEW YORK *(OWNER)*
    ☐ B.    BATTERY PARK CITY AUTHORITY *(OWNER)*
    ☐ C.    HUDSON TOWERS HOUSING CO., INC. *(OWNER)*
    ☐ D.    EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ E.    LEFRAK ORGANIZATION, INC. *(OWNER)*

☐ (43-117) 22 THAMES STREET
    ☐ A.    123 WASHINGTON, LLC (C/O THE MOINIAN GROUP)

☐ (43-118) 88 THOMAS STREET
    ☐ A.    50 HUDSON LLC *(OWNER)*

☐ (43-119) TRINITY CHURCH
    ☐A.   RECTOR OF TRINITY CHURCH *(OWNER)*

☐ (43-120) 100 TRINITY PLACE (HIGH SCHOOL OF ECONOMICS AND
              FINANCE)
    ☐A.   THAMES REALTY CO. *(OWNER)*
    ☐B.   NEW YORK UNIVERSITY *(OWNER)*

☐ (43-121) 78-86 TRINITY PLACE (AMERICAN STOCK EXCHANGE)
    ☐A.   AMERICAN STOCK EXCHANGE LLC *(OWNER)*
    ☐B.   AMERICAN STOCK EXCHANGE CLEARING LLC *(OWNER)*
    ☐C.   AMERICAN STOCK EXCHANGE REALTY ASSOCIATIES
          LLC *(OWNER)*
    ☐D.   NATIONAL ASSOCIATION OF SECURITIES DEALERS
          *(OWNER)*
    ☐E.   THE NASDAQ STOCK MARKET, INC *(OWNER)*
    ☐~~F.~~   ~~AMEX SEAT OWNERS ASSOCIATION, INC. *(OWNER)*~~ Removed
          (March 28th, 2008)
    ☐G.   AMEX SPECIALISTS ASSOCIATION, INC. *(OWNER)*
    ☐H.   AMEX COMMODITIES LLC *(OWNER)*
    ☐I.   AMEX INTERNATIONAL INC. *(OWNER)*
    ☐J.   AMEX INTERNATIONAL LLC *(OWNER)*
    ☐K.   NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY
          *(OWNER)*
    ☐L.   NEW YORK CITY ECONOMIC DEVELOPMENT
          CORPORATION *(OWNER)*
    ☐M.   NEW YORK CITY INDUSTRIAL DEVELOPMENT
          CORPORATION *(OWNER)*

☐ (43-122) 90 TRINITY PLACE
    ☐A.   NEW YORK UNIVERSITY *(OWNER)*

☐ (43-123) TRINITY BUILDING
    ☐A.   CAPITAL PROPERTIES, INC. *(AGENT)*

B.   TRINITY CENTRE, LLC *(OWNER)*

☐ (43-124) 75 VARICK STREET ~~AND 76 VARICK STREET~~ **Removed (March 28th, 2008)**

   ☐A.   NYC INDUSTRIAL DEVELOPMENT AGENCY *(OWNER)*
   ☐B.   TRINITY REAL ESTATE *(AGENT)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-124-a) 76 VARICK STREET
   ☐A.   TRINITY REAL ESTATE *(AGENT)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-125) 30 VESEY STREET
   ☐A.   SILVERSTEIN PROPERTIES *(OWNER)*
   **DEFENDANTS ADDED (March 28th, 2008)**
   ☐B.   GREYSTONE PROPERTIES *(OWNER)*

☐ (43-126) 1 WALL STREET
   ☐A.   THE BANK OF NEW YORK COMPANY, INC. *(OWNER)*
   ☐B.   ONE WALL STREET HOLDINGS LLC *(OWNER)*
   ☐C.   4101 AUSTIN BLVD CORPORATION *(OWNER)*

☐ (43-127) 11 WALL STREET (NEW YORK STOCK EXCHANGE, INC.)
   ☐A.   NYSE, INC. *(OWNER/AGENT)*
   ☐B.   ~~NYSE, INC. *(AGENT)*~~ **Removed (March 28th, 2008)**

☐ (43-128) 37 WALL STREET
   ☐A.   W ASSOCIATES LLC *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-129) 40 WALL STREET
   ☐A.   ~~32-42 BROADWAY OWNER, LLC *(OWNER)*~~ **Removed (March 28th, 2008)**

B.    ~~CAMMEBY'S MANAGEMENT CO., LLC *(AGENT)*~~ Removed (March 28th, 2008)

DEFENDANTS ADDED (March 28th, 2008)

☐C.    GERMAN AMERICAN CAPITAL CORPORATION *(OWNER)*


☐ (43-130) 45 WALL STREET

☐A.    45 WALL STREET LLC *(OWNER)*


ADDITIONAL PARAGRAPH (MARCH 28th, 2008)

☐(43-130-a) 48 WALL STREET

☐A.    48 WALL LLC (*OWNER*)


AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)

☐ (43-131) 60 WALL STREET AND 67 WALL STREET

☐A.    DEUTSCHE BANK DBAB WALL STREET LLC *(OWNER)*

☐B.    JONES LANG LASALLE *(AGENT)*

DEFENDANTS ADDED (March 28th, 2008)

☐C.    WALL STREET, LLC *(AGENT)*

☐D.    DEUTSCHE BANK *(AGENT)*


☐ (43-132) 63 WALL STREET

☐A.    63 WALL, INC. *(OWNER)*

☐B.    63 WALL STREET INC. *(OWNER)*

☐C.    BROWN BROTHERS HARRIMAN & CO., INC. *(AGENT)*


☐ (43-133) 100 WALL STREET

☐A.    100 WALL STREET COMPANY LLC *(OWNER)*

☐B.    RECKSON CONSTRUCTION GROUP NEW YORK, INC. *(AGENT/CONTRACTOR)*


☐ (43-134) 111 WALL STREET

☐A.    CITIBANK, N.A. *(OWNER)*

   ☐B.  STATE STREET BANK AND TRUST COMPANY, AS OWNER
        TRUSTEE OF ZSF/OFFICE NY TRUST *(OWNER)*

   ☐C.  111 WALL STREET LLC *(OWNER)*

   ☐D.  230 CENTRAL CO., LLC *(OWNER)*

   ☐E.  CUSHMAN & WAKEFIELD, INC. *(AGENT)*

   ☐F.  CUSHMAN & WAKEFIELD 111 WALL, INC *(AGENT)*

   ☐G.  CITIGROUP, INC. *(OWNER)*

☐ (43-135) 46 WARREN STREET

   ☐A.  DAVID HELFER *(OWNER)*

☐ (43-136) 73 WARRAN STREET

   ☐A  73 WARREN STREET LLP *(OWNER)*

☒ (43-137) 201 WARREN STREET (P.S. 89)

   ☒A.  TRIBECA NORTH END, LLC *(OWNER)*

   ☒B.  THE CITY OF NEW YORK *(OWNER)*

   ☒C.  THE NEW YORK CITY DEPARTMENT OF EDUCATION
        *(OWNER)*

   ☒D.  THE NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-137-a) 110 WASHINGTON STREET

   ☐A.  J HILL ASSOCIATES *(OWNER)*

☐ (43-138) 130 WASHINGTON STREET

   ☐  HMC FINANCIAL CENTER, INC. *(OWNER)*

☒ (43-139) 55 WATER STREET

   ☒A.  55 WATER STREET CONDOMINIUM *(OWNER)*

   ☒B.  NEW WATER STREET CORP. *(OWNER)*

☐ (43-140) 160 WATER STREET

   ☐A.  160 WATER STREET ASSOCIATES *(OWNER)*

☐B.   G.L.O. MANAGEMENT, INC. *(AGENT)*

☐C.   160 WATER ST. INC. *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28ᵗʰ, 2008)**

☐ (43-140-a) 175 WATER STREET

☐A.   AIG AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*

☐ (43-141) 199 WATER STREET

☐A.   RESNICK WATER ST. DEVELOPMENT CO. *(OWNER)*

☐B.   JACK RESNICK & SONS INC. *(AGENT)*

☐ (43-142) 200 WATER STREET

☐A.   NEW YORK UNIVERSITY *(OWNER)*

☐B.   NEW YORK UNIVERSITY REAL ESTATE CORPORATION *(OWNER)*

☐C.   127 JOHN STREET REALTY LLC *(OWNER)*

☐ D.  ROCKROSE DEVELOPMENT CORP. *(OWNER)*

☐ (43-143) 3 WEST 57ᵀᴴ STREET (THE WHITEHALL BUILDING)

☐A.   EL-KAM REALTY CO. *(OWNER)*

☐ (43-144) 50 WEST STREET

☐A   CAPMARK FINANCE, INC. *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28ᵗʰ, 2008)**

☐ (43-145) 90 WEST STREET (WEST STREET BUILDING)

☐A.   FGP 90 WEST STREET, INC. *(OWNER)*

☐B.   KIBEL COMPANIES *(OWNER)*

**DEFENDANTS ADDED (March 28ᵗʰ, 2008)**

☐C.   B.C.R.E. 90 WEST STREET, LLC *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28ᵗʰ, 2008)**

☒ (43-146) 140 WEST STREET (VERIZON BUILDING)

☒A.   VERIZON NEW YORK, INC. *(OWNER)*

☐B.   ~~VERIZON PROPERTIES, INC. *(OWNER)*~~ **Removed (March 28ᵗʰ, 2008)**

36

☐C.  ~~VERIZON COMMUNICATIONS, INC. *(OWNER)*~~ Removed (March 28th, 2008)

☒D.  HILLMAN ENVIRONMENTAL GROUP, LLC.
     *(OWNER'S AGENT/CONTRACTOR)*
     **DEFENDANTS ADDED (March 28th, 2008)**

☒E.  ABATEMENT PROFESSIONALS *(CONTRACTOR)*

☒F.  ABSCOPE ENVIRONMENTAL, INC. *(CONTRACTOR)*

☒G.  APPLIED ENVIRONMENTAL, INC. *(CONTRACTOR)*

☒H.  BRISTOL ENVIRONMENTAL, INC. *(CONTRACTOR)*

☒I.  CATAMOUNT ENVIRONMENTAL, INC. *(CONTRACTOR)*

☒J.  CLAYTON ENVIRONMENTAL CONSULTANTS *(CONTRACTOR)*

☒K.  COMPREHENSIVE ENVIRONMENTAL SERVICES CO.
     *(CONTRACTOR)*

☒L.  CONTAMINANT CONTROL, INC. *(CONTRACTOR)*

☒M.  COVINO ENVIRONMENTAL ASSOCIATES, INC. *(CONTRACTOR)*

☒N.  CRITERION LABORATORIES, INC. *(CONTRACTOR)*

☒O.  DARLING ASBESTOS DISPOSAL COMPANY, INC. *(CONTRACTOR)*

☒P.  DIVERSIFIED ENVIRONMENTAL CORPORATION *(CONTRACTOR)*

☒Q.  DYNASERV INDUSTRIES, INC. *(CONTRACTOR)*

☒R.  ENVIRONMENTAL PRODUCTS AND SERVICES, INC.
     *(CONTRACTOR)*

☒S.  ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC.
     *(CONTRACTOR)*

☒T.  ENVIRONMENTAL TESTING, INC. *(CONTRACTOR)*

☒U.  ENVIROSERVE, INC. *(CONTRACTOR)*

☒V.  HYGIENETICS ENVIRONMENTAL COMPANY, INC.
     *(CONTRACTOR)*

☒W.  LVI ENVIRONMENTAL SERVICES, INC. *(CONTRACTOR)*

☒X.  LVI SERVICES, INC. *(CONTRACTOR)*

☒Y.  MARCOR REMEDIATION, INC. *(CONTRACTOR)*

☒Z.  MILRO ASSOCIATES, INC. *(CONTRACTOR)*

☒AA. NORWICH ASSOCIATES, INC. *(CONTRACTOR)*

☒AB. PAR ENVIRONMENTAL CORPORATION *(CONTRACTOR)*

☒AC. PINNACLE ENVIRONMENTAL CORPORATION
     *(CONTRACTOR)*

☒AD. POTOMAC ABATEMENT, INC. *(CONTRACTOR)*

☒AE. ROYAL ENVIRONMENTAL, INC. *(CONTRACTOR)*

☒AF. SENCAM, INC. *(CONTRACTOR)*

☒AG. SPECIALTY SERVICE CONTRACTING, INC. *(CONTRACTOR)*

☒AH. SYSKA AND HENNESSY *(CONTRACTOR)*

☒AI.  TELLABS OPERATIONS, INC. *(CONTRACTOR)*

☒AJ.  TISHMAN INTERIORS CORPORATION *(CONTRACTOR)*

☒AK. WILLIAM F. COLLINS, ARCHITECT *(CONTRACTOR)*


☐ (43-147) 30 WEST BROADWAY

    ☐A.  THE CITY UNIVERSITY OF NEW YORK *(OWNER)*

    ☐B.  THE CITY OF NEW YORK *(OWNER)*


☐ (43-148) 100 WILLIAM STREET

    ☐A.  WU/LIGHTHOUSE *(OWNER)*

    ☐B.  LIGHTHOUSE REAL ESTATE, LLC *(AGENT)*


☐ (43-149) 123 WILLIAM STREET

    ☐A.  WILLIAM & JOHN REALTY, LLC *(OWNER)*

    ☐B.  AM PROPERTY HOLDING *(AGENT)*


☐ (43-150) 40 WORTH

    ☐A.  LITTLE 40 WORTH ASSOCIATES, LLC *(AGENT)*

    ☐B.  NEWMAN AND AMP COMPANY REAL ESTATE *(AGENT)*


☐ (43-151) 125 WORTH

    ☐A.  CITY WIDE ADMINISTRATIVE SERVICES *(OWNER)*


☒ (43-152) 200 LIBERTY STREET (ONE WORLD FINANCIAL CENTER)

    ☒A.  BATTERY PARK CITY AUTHORITY *(OWNER)*

    ☒B.  BROOKFIELD PROPERTIES CORPORATION *(OWNER)*

    ☒C.  BROOKFIELD FINANCIAL PROPERTIES, LP *(OWNER)*

    ☒D.  BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*

☐ ~~E.  BROOKFIELD PROPERTIES HOLDINGS INC. *(OWNER)*~~ **Removed (March 28th, 2008)**

☒F.  BROOKFIELD PARTNERS, LP *(OWNER)*

☒G.  WFP TOWER A CO. *(OWNER)*

☒H.  WFP TOWER A CO. L.P. *(OWNER)*

☒I  WFP TOWER A. CO. G.P. CORP. *(OWNER)*

☒J.  TUCKER ANTHONY, INC. *(AGENT)*

☒K.  BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a  BMS CAT *(CONTRACTOR/AGENT)*

☒ (43-153) 225 LIBERTY STREET (TWO WORLD FINANCIAL CENTER)

☒A.  BATTERY PARK CITY AUTHORITY *(OWNER)*

☒B.  BROOKFIELD PROPERTIES CORPORATION *(OWNER)*

☒C.  BROOKFIELD PARTNERS, L.P. *(OWNER)*

☐ ~~D.  BROOKFIELD PROPERTIES HOLDINGS INC. *(OWNER)*~~ **Removed (March 28th, 2008)**

☒E.  BROOKFIELD FINANCIAL PROPERTIES, L.P. *(OWNER)*

☒F.  BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*

☒G.  MERRILL LYNCH & CO, INC. *(OWNER)*

☒H.  WESTON SOLUTIONS, INC. *(AGENT/CONTRACTOR)*

☒ I.  GPS ENVIRONMENTAL CONSULTANTS, INC. *(AGENT/CONTRACTOR)*

☒J.  INDOOR ENVIRONMENTAL TECHNOLOGY, INC. *(AGENT/CONTRACTOR)*

☒K.  BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a  BMS CAT *(AGENT/CONTRACTOR)*

☒ L.  STRUCTURE TONE, (UK) INC. *(CONTRACTOR)*

☒ M.  STRUCTURE TONE GLOBAL SERVICES, INC *(CONTRACTOR)*

☒N.  ENVIROTECH CLEAN AIR, INC. *(CONTRACTOR)*

☒O.  ALAN KASMAN DBA KASCO *(CONTRACTOR)*

☒P.  KASCO RESTORATION SERVICES CO. *(CONTRACTOR)*

☒Q.  NOMURA HOLDING AMERICA, INC. *(OWNER)*

☒R.  NOMURA SECURITIES INTERNATIONAL, INC. *(OWNER)*

☒S.  WFP TOWER B HOLDING CO., LP *(OWNER)*

☒T.    WFP TOWER B CO., G.P. CORP. *(OWNER)*

☒U.    WFP TOWER B CO. L.P. *(OWNER)*

☒V.    TOSCORP. INC. *(OWNER)*

☒W.   HILLMAN ENVIRONMENTAL GROUP, LLC.
　　　　*(AGENT/CONTRACTOR)*

☒X.    ANN TAYLOR STORES CORPORATION *(OWNER)*


☐ (43-154) 200 VESEY STREET (THREE WORLD FINANCIAL CENTER)

☐A.    BFP TOWER C CO. LLC. *(OWNER)*

☐B.    BFP TOWER C MM LLC. *(OWNER)*

☐C.    WFP RETAIL CO. L.P. *(OWNER)*

☐D.    WFP RETAIL CO. G.P. CORP. *(OWNER)*

☐E.    AMERICAN EXPRESS COMPANY *(OWNER)*

☐F.    AMERICAN EXPRESS BANK , LTD *(OWNER)*

☐G.    AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY,
　　　　INC. *(OWNER)*

☐H.    LEHMAN BROTHERS, INC. *(OWNER)*

☐I.    LEHMAN COMMERCIAL PAPER, INC. *(OWNER)*

☐J.    LEHMAN BROTHERS HOLDINGS INC.  *(OWNER)*

☐K.    TRAMMELL CROW COMPANY *(AGENT)*

☐L.    ~~BFP TOWER C CO. LLC *(OWNER)*~~ **Removed (March 28th, 2008)**

☐M.   MCCLIER CORPORATION *(AGENT)*

☐N.    TRAMMELL CROW CORPORATE SERVICES, INC. *(AGENT)*

☐O.    BLACKMON-MOORING-STEAMATIC CATASTOPHE,
　　　　INC. d/b/a  BMS CAT *(AGENT/CONTRACTOR)*


☒ (43-155) 250 VESEY STREET (FOUR WORLD FINANCIAL CENTER)

☒A.    BATTERY PARK CITY AUTHORITY *(OWNER)*

☒B.    BROOKFIELD PROPERTIES CORPORATION *(OWNER)*

☒C.    BROOKFIELD FINANCIAL PROPERTIES, LP. *(OWNER)*

☒D.    BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*

☐E.    ~~BROOKFIELD PROPERTIES HOLDINGS, INC. *(OWNER)*~~ **Removed
　　　　(March 28th, 2008)**

☒F.    BROOKFIELD PARTNERS, LP *(OWNER)*

☒G.    WFP TOWER D CO. L.P. *(OWNER)*

☒H.   H. WFP TOWER D CO., G.P. CORP *(OWNER)*.

☒I.   WFP TOWER D HOLDING I G.P. CORP. *(OWNER)*

☒J.   WFP TOWER D HOLDING CO. I L.P. *(OWNER)*

☒K.   WFP TOWER D HOLDING CO. II L.P. *(OWNER)*

☒L.   MERRILL LYNCH & CO, INC. *(OWNER)*

☒M.   WESTON SOLUTIONS, INC. *(CONTRACTOR/AGENT)*

☒N.   GPS ENVIRONMENTAL CONSULTANTS, INC.
      *(CONTRACTOR/AGENT)*

☒O.   INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
      *(CONTRACTOR/AGENT)*

☒P.   BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a  BMS CAT *(CONTRACTOR/AGENT)*

☒Q.   STRUCTURE TONE, (UK) INC. *(CONTRACTOR/AGENT)*

☒R.   STRUCTURE TONE GLOBAL SERVICES, INC
      *(CONTRACTOR/AGENT)*

☒S.   ENVIROTECH CLEAN AIR, INC. *(CONTRACTOR/AGENT)*

☒T.   ALAN KASMAN DBA KASCO *(CONTRACTOR/AGENT)*

☒U.   KASCO RESTORATION SERVICES CO.
      *(CONTRACTOR/AGENT)*

☐ (43-156) ZEN RESTAURANT

        ☐   CITY OF NEW YORK *(OWNER)*

☐ OTHER: if an individual plaintiff is alleging injury sustained at a building/location other than as above, and/or if an individual plaintiff is alleging an injury sustained at a building/location above, but is alleging a claim against a particular defendant not listed for said building, plaintiff should check this box, and plaintiffs should follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint and Check-off Complaints.

## V – VIII.

## CAUSES OF ACTION

☒  44. Plaintiffs adopt those allegations as set forth in the Master Complaint Section V-VIII, Causes of Action.

☒ 45. Plaintiff(s) seeks damages against the above named defendants based upon the following

theories of liability, and asserts each element necessary to establish such a claim under the

applicable substantive law:

☒ 45 A.    Breach of the defendants' duties and obligations
pursuant to the New York State Labor Law(s)
including § 200

☒ 45 B.    Breach of the defendants' duties and obligations
pursuant to the New York State Labor Law 241(6)

☒ 45 C.    Common Law Negligence

☐ 45 D.    Wrongful Death

☒ 45 E.    Loss of Services/Loss of Consortium for Derivative
Plaintiff

☐ 45 F.    Other: if an individual plaintiff is alleging an additional
cause of action or additional substantive law or theory of
law upon which his/or claim is based, other than as
appears in this section, plaintiff should check this box,
and plaintiffs should follow the procedure as outlined in
the CMO # 4 governing the filing of the Master
Complaint and Check-off Complaints.

☒ 46. As to the following municipal entities or public authorities, or other entity for which

for which a Notice of Claim is a requirement,  a Notice of Claim pursuant to the

applicable statutes as referenced within the Master Complaint, has been timely served on

the following dates.

|  | Name of Municipal Entity or Public Authority | Date Notice of Claim Served |
|---|---|---|
| ☒ 46. a | THE CITY OF NEW YORK | 6/24/2008 |
| ☒ 46. b. | BATTERY PARK CITY AUTHORITY | 6/24/2008 |
| ☒ 46. c. | THE NEW YORK CITY DEPARTMENT OF EDUCATION | 6/24/2008 |
| ☒ 46. d. | THE NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY | 6/24/2008 |

| | | |
|---|---|---|
| ☐ 46. e. | | |
| ☐ 46. f. | | |
| ☐ 46. g. | | |
| ☐ 46. h. | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |

☒ 47-1. As to certain municipal entities or public authorities, if specified as defendants

herein, with reference to the service of a Notice of Claim, an application has been made

to the ___Supreme Court, County of New York___ (*insert name of Court*), as to THE

CITY OF NEW YORK (*insert name of municipal entity or public authority or other*

*entity*):

 ☒ 47A. to deem Plaintiff's (Plaintiffs') Notice of Claim timely

 filed, or in the alternative to grant Plaintiff(s) leave to file

 a late Notice of Claim *Nunc Pro Tunc*, and for

 _____ (insert if additional

 relief was requested) and:

 ☒ 47B. a determination is pending

 ☐ 47C. an Order granting the petition was made

 on: _____ (insert date)

 ☐ 47D. an Order denying the petition was made

 on:_____ (insert date)

*Instructions:  If an application has been made to the Court with reference to additional*

*municipal entities or public authorities, list them in sub-paragraph format.*

43

☒ 47-2. As to certain municipal entities or public authorities, if specified as defendants herein, with reference to the service of a Notice of Claim, an application has been made to the ___Supreme Court, County of New York___ (*insert name of Court*), as to BATTERY PARK CITY AUTHORITY (*insert name of municipal entity or public authority or other entity*):

    ☒ 47A. to deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim *Nunc Pro Tunc*, and for _____ (insert if additional relief was requested) and:

    ☒ 47B. a determination is pending

    ☐ 47C. an Order granting the petition was made on: _____ (insert date)

    ☐ 47D. an Order denying the petition was made on:_____ (insert date)

☒ 47-3. As to certain municipal entities or public authorities, if specified as defendants herein, with reference to the service of a Notice of Claim, an application has been made to the ___Supreme Court, County of New York___ (*insert name of Court*), as to THE NEW YORK CITY DEPARTMENT OF EDUCATION (*insert name of municipal entity or public authority or other entity*):

    ☒ 47A. to deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim *Nunc Pro Tunc*, and for _____ (insert if additional relief was requested) and:

    ☒ 47B. a determination is pending

    ☐ 47C. an Order granting the petition was made

44

on: _____ (insert date)

☐ 47D. an Order denying the petition was made

on:_____ (insert date)

☒ 47-4. As to certain municipal entities or public authorities, if specified as defendants

herein, with reference to the service of a Notice of Claim, an application has been made

to the    Supreme Court, County of New York    (*insert name of Court*), as to THE

NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY (*insert name of*

*municipal entity or public authority or other entity*):

☒ 47A. to deem Plaintiff's (Plaintiffs') Notice of Claim timely

filed, or in the alternative to grant Plaintiff(s) leave to file

a late Notice of Claim *Nunc Pro Tunc*, and for

_____ (insert if additional

relief was requested) and:

☒ 47B. a determination is pending

☐ 47C. an Order granting the petition was made

on: _____ (insert date)

☐ 47D. an Order denying the petition was made

on:_____ (insert date)

☒ 48.As a direct and proximate result of defendant's culpable actions in the clean-up,

construction, demolition, excavation, and/or repair operations and all work performed

at the premises, the Injured Plaintiff sustained the following injuries including, but not

limited to:

*Abdominal*

☐ 48-1    Abdominal Pain _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

*Cancer*

☒ 48-2    Fear of Cancer
Date of onset: 7-26-2007

45

Date physician first connected this injury to WTC work: <u>7-26-2007</u>

☐48-3    Tumor (of the_____)
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-4    Leukemia
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-5    Lung Cancer
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-6    Lymphoma
Date of onset: _____
Date physician first connected this injury to WTC work: _____

*Circulatory*

☐48-7    Hypertension
Date of onset: _____
Date physician first connected this injury to WTC work: _____

*Death*

☐48-8    Death:
Date of death: _____
If autopsy performed, date _____

*Digestive*

☒48-9    Gastric Reflux
Date of onset: <u>7-26-2007</u>
Date physician first connected this injury to WTC work: <u>7-26-2007</u>

☒48-10    Indigestion
Date of onset: <u>7-26-2007</u>
Date physician first connected this injury to WTC work: <u>7-26-2007</u>
Nausea
☐48-11    Date of onset: _____
Date physician first connected this injury to WTC work: _____

*Pulmonary*

☒48-12    Asthma
Date of onset: <u>7-26-2007</u>
Date physician first connected this injury to WTC work: <u>7-26-2007</u>

☒48-13    Chronic Obstructive Lung Disease
Date of onset: <u>7-26-2007</u>
Date physician first connected this injury to WTC work: <u>7-26-2007</u>

46

☒48-14    Chronic Restrictive Lung Disease
Date of onset: 7-26-2007
Date physician first connected this injury to WTC work: 7-26-2007

☒48-15    Chronic Bronchitis
Date of onset: 7-26-2007
Date physician first connected this injury to WTC work: 7-26-2007

☒48-16    Chronic Cough
Date of onset: 7-26-2007
Date physician first connected this injury to WTC work: 7-26-2007

☒48-17    Pulmonary Fibrosis
Date of onset: 7-26-2007
Date physician first connected this injury to WTC work: 7-26-2007

☒48-18    Pulmonary Nodules
Date of onset: 9-14-2007
Date physician first connected this injury to WTC work: 9-14-2007

☐48-19    Sarcoidosis
Date of onset: _____
Date physician first connect this injury to WTC work

☒48-20    Shortness of Breath
Date of onset: 7-26-2007
Date physician first connected this injury to WTC work: 7-26-2007

☐48-21    Sinusitis
Date of onset: _____
Date physician first connected this injury to WTC work: _____

### *Skin Disorders, Conditions or Disease*

☐48-22    Burns
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-23    Dermatitis
Date of onset: _____
Date physician first connected this injury to WTC work: _____

### *Sleep Disorder*

☒48-24    Insomnia
Date of onset: 7-26-2007
Date physician first connected this injury to WTC work: 7-26-2007

☐48-25    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-26    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-27    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-28    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-29    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ If additional injuries are alleged, check here and attach Rider continuing with the same format for sub-paragraphs

☒ 49. As a direct and proximate result of the injuries identified above the Injured Plaintiff has in the past suffered and/or will and/or may, subject to further medical evaluation and opinion, in the future, suffer the following compensable damages:

    ☒ 49 A. Pain and suffering

    ☐ 49 B. Death

    ☒ 49 C. Loss of the pleasures of life

    ☒ 49 D. Loss of earnings and/or impairment of earning capacity

    ☒ 49 E. Loss of retirement benefits/diminution of retirement benefits

    ☒ 49 F. Expenses for medical care, treatment, and rehabilitation

    ☒ 49 G. Mental anguish

    ☒ 49 H. Disabilities

    ☒ 49 I. Medical monitoring

    ☐ 49 J. OTHER _____

    ☐ 49 K. OTHER _____

    ☐ 49 L. OTHER _____

    ☐ 49 M. OTHER _____

☐ 49 N. OTHER _____

☐ 49 O. OTHER _____

☐ 49 P. OTHER _____

☐ 49 Q. OTHER _____

☐ 49 R. OTHER _____

☐ 49 S. OTHER _____

☒ 50.  As a direct and proximate result of the injuries described *supra*, the Derivative

plaintiff(s), have in the past suffered and/or will in the future suffer a loss of the love,

society, companionship, services, affection, and support of the plaintiff and such other

losses, injuries and damages for which compensation is legally appropriate, and or as is

otherwise alleged.

## IX.

### PRAYER FOR RELIEF

☒ 51. Plaintiffs adopt those allegations as set forth in the Master Complaint Section IX., Prayer for Relief.

☐ 52. OTHER RELIEF: If plaintiff is asserting relief (other than monetary) other than as indicated above, check here and insert Relief sought: _____

If plaintiff is asserting monetary relief in amounts different than as alleged within the

Master Complaint, Check this box ☐ and fill in the WHEREFORE clause below:

WHEREFORE, the above-named Plaintiff demands judgment against the above-named

Defendants in the amount of _____ DOLLARS ($_____), on the First

Cause of Action; and in the amount of _____ DOLLARS ($_____) on

the Second Cause of Action; and in the amount of _____ DOLLARS ($_____) on

the Third Cause of Action; and Derivative Plaintiff demands judgment against the above named

Defendants in the amount of _____ DOLLARS ($_____) on the Fourth Cause

of Action; and Representative Plaintiff demands judgment against the above named Defendants

in the amount of _____ ($_____) on the Fifth Cause of Action, and as to

all Demands for Relief, and or as determined by a Jury or this Court, jointly and severally, for

general damages, special damages, and for his/her attorneys' fees and costs expended herein and

in a non-specified amount to be determined by a Jury or this Court for punitive and exemplary

damages, and for prejudgment interest where allowable by law and post judgment interest on the

judgment at the rate allowed by law; and Plaintiff seeks such other relief as is just and equitable.

## X.

### JURY TRIAL DEMAND

☒ 53. Plaintiffs adopt those allegations as set forth in the Master Complaint Section X,   Jury
     Trial Demand.

If Riders are annexed check the applicable BOX indicating the paragraphs for which  Riders are

annexed.

        ☐   Paragraph 31

        ☐   Paragraph 44

        ☐   Paragraph 48

**WHEREFORE,** plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor

and against defendant(s) for damages, costs of suit and such other, further and different relief as

may be just and appropriate.

Dated: New York, New York
      June 24th, 2008

                     Yours, etc.

                     GREGORY J. CANNATA & ASSOCIATES

By: _____

Robert Grochow, Esq. (1890)
Attorney for Plaintiffs
233 Broadway, 5th Floor
Tel: (212) 233-5400
Fax: (212) 227-4141
Email: RGrochow@aol.com

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAN MNICH and ANNA MNICH,

                              Plaintiff,

        - against -

100 CHURCH LLC;
55 WATER STREET CONDOMINIUM;
ABATEMENT PROFESSIONALS;
Et. Al.,

                              Defendants.

**FIRST AMENDED COMPLAINT BY ADOPTION (CHECK-OFF COMPLAINT)
RELATED TO THE FIRST AMENDED MASTER COMPLAINT (March 28th, 2008)**

The Law Firm of Gregory J. Cannata
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, New York  10279-0003
(212) 553-9205

Service of copy of the within                    is hereby admitted.
Dated:

                              . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                              Attorneys for

The Law Firm of Gregory J. Cannata
Attorneys for Plaintiffs
233 Broadway, 5th  Floor
New York, New York  10279-0003
(212) 553-9205